United States District Court
For The District of Columbia

FILED

JUL 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RAYMOND G. JACKSON
1901 E St S.E
WAsh. D.C. 20003
209-226
Corrections Corporation of
America
VS

C.CA/C.T.F (1)
MR. WALTER Fulton (2)
10 Burton Hills BLVD.
NAshville, TN 37215

CASE RE-ASSIGNED

AUG 17 2006

TO: KOLLAR-KOTELLY, J. CKK

CASE NUMBER    1:06CV01241

JUDGE: Unassigned

DECK TYPE: Pro se General Civil

DATE STAMP: 07/11/2006

## complaint

On 1/26/06 I Arrived At Correctional Corporation Of America-Correctional Treatment Facility. At that time I presented Staff with a doctors order to be placed on a bottom bunk bed. I was evaluated by doctors And determined that medical problems prevented me from being placed on a top bunk. CCA STAFF ignored that order and placed me on a top bunk bed. I was kept on that top bunk for a total of 30 days. Also on 1/26/06 I informed medical Staff of stomach ulcer and medication taking for the problem. I constantly informed them that I took Medication and medical Staff never looked into the matter. I complained of stomach pain periodically before it was discovered in medical Staff computer. I suffered with stomach pain for a total of 12 days and medication was prescribed on 2/6/06. On 3/16/06 I ran out of blood pressure medication I alerted pharmacist technian of no more medication and for 5 days I had no blood pressure medication to take before recieving it finally on 3/21/06. On 3/25/06 I was given wrong medication by pharmacist technian during watch take. Watch take is medication

RECEIVED

JUN 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

that is administered to you and watched taking medication. I did realize that I had taken someone elses medication until I started to begin to feel strange from the medication effects. I knew that my medication didn't have effects that I encountered from the medication mistakenly given to me. It has happen on 2 other occassions and I informed pharmacist technian of her errors. These mistakes could have been detrimental to my health. This is a case of A eighth Amendment violation of cruel and unusal punishment and medical negligence. I seek monetary damages in the amount of 1,000.00 per day for 30 days totaling to 30,000 plus 5,000 for pain and suffering. Also monetary damages of 500.00 per day for a total of 12 days totaling 6,000 plus 1,200 for pain and suffering. This is A complaint under 42 U.S.C 1983 constitutional violation. Just because am incarcerated doesn't mean that I am not a Human being and I desire to be treated like a human being. I suffer from myasthenia, neurasthenia and R.L.S and a crooked spine. Myasthenia is muscle weakness and neurasthenia is nerve weakness. RLS is restless leg syndrome and I suffer lower back pain scoleosis curvature of the spine. Also An additional claim of $134.97 for lost or stolen Property. I request A jury trial in this matter.

Raymond G. Jackson
RAYMOND G. JACKSON
1901 E St S.E 209-226
Wash. D.C. 20003
Corrections Corporation of America
Correctional Treatment Facility