AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

**FILED**
JUL 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Raymond G. Jackson
Plaintiff

V.

C.C.A / C.T.F
Walter Fulton
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06 1241

I, Raymond G. Jackson declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  C.C.A / Correctional Treatment Facility
   Are you employed at the institution?  NO   Do you receive any payment from the institution?  NO
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  2/15/05, 796.00, Bi-weekly, District of Columbia Housing Authority 1133 North Capitol St N.E.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☑ Yes    ☐ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☑ Yes    ☐ No

   **RECEIVED**
   JUN 27 2006
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

Pension for 5,7493 land other source from a helping friend 25.00

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   Jerry Davis   son   As much As needed

declare under penalty of perjury that the above information is true and correct.

_____         Raymond G. Jackson
        Date                              Signature of Applicant

**OTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during e last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach e certified statement of each account.

RECEIVED
JUN 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER OF THE COURT

| he application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge    Date | United States Judge    Date |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: Raymond G. Jackson v. (1) CCA/C.T.F. (2) Mr. Fulton

Civil Action No. _____

I, Raymond G. Jackson # 209-226, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

Raymond G. Jackson
Signature of Plaintiff

n:\forms\Trust Account Form

06 1241
FILED
JUL 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
RUN DATE 02/07/06         CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 13:11:30                   INMATE TRANSACTIONS

                    Bookin 209226
                    Name  JACKSON, RAYMOND G
                    Race  B   Sex M      DOB  12/04/61
                    Remarks REBOOK
                    Status RB  Freeze N  Date 01/31/06  Time 14:43:11
                    Current Balance      143.61  Location E1B
```

| Date | Time | Emp | Type | Debit | Credit | Inmate | BAL | Receipt |
|---|---|---|---|---|---|---|---|---|
| 09/01/05 | 12:56:07 | 4193 | Comm Sal | 50.36 | | JACKSON, RAYMOND G | 4.89 | N/A |
| 47 | @ 09/01/2005 12:56 | | | | | | | |
| 09/02/05 | 15:12:12 | 547782 | Deposit | | 3.00 | COMMISSARY REFUND 08-11-05 | 7.89 | F51176300 |
| 09/08/05 | 09:34:19 | 547782 | Deposit | | 20.00 | USPS | 27.89 | F51176424 |
| 07244734713 | | | | | | | | |
| 09/08/05 | 10:01:16 | 547782 | Deposit | | 30.00 | USPS | 57.89 | F51176510 |
| 08457835612 | | | | | | | | |
| 09/08/05 | 14:46:48 | 4193 | Comm Sal | 36.60 | | JACKSON, RAYMOND G | 21.29 | N/A |
| 47 | @ 09/08/05 14:46 | | | | | | | |
| 09/15/05 | 14:46:18 | 4193 | Comm Sal | 19.24 | | JACKSON, RAYMOND G | 2.05 | N/A |
| 47 | @ 09/15/05 14:46 | | | | | | | |
| 09/27/05 | 10:47:33 | 547782 | Deposit | | 5749.31 | ING | 5751.36 | F51178349 |
| 0006092730 | | | | | | | | |
| 09/29/05 | 10:07:15 | 547782 | Deposit | | 50.00 | USPS | 5801.36 | F51179026 |
| 0724805295 | | | | | | | | |
| 09/29/05 | 11:55:37 | 4193 | Comm Sal | 129.48 | | JACKSON, RAYMOND G | 5671.88 | N/A |
| 47 | @ 09/29/05 11:55 | | | | | | | |
| 10/04/05 | 09:55:17 | 547782 | Cash Rel | 1000.00 | | JOANN OLIVER | 4671.88 | F51179269 |
| BILL PAYMENTS | | | | | | | | |
| 10/04/05 | 09:57:33 | 547782 | Cash Rel | 800.00 | | KELLI DAVIS | 3871.88 | F51179270 |
| CHRISTMAS GIFT FOR KIDS | | | | | | | | |
| 10/05/05 | 14:47:51 | 547782 | Phon Fee | 60.00 | | | 3811.88 | F51179543 |
| PHONE CARD 3270 3271 3272 | | | | | | | | |
| 10/06/05 | 12:13:42 | 4193 | Comm Sal | 100.51 | | JACKSON, RAYMOND G | 3711.37 | N/A |
| 47 | @ 10/06/05 12:13 | | | | | | | |
| 10/19/05 | 10:01:31 | 547782 | Deposit | | 20.00 | USPS | 3731.37 | F51180817 |
| 0809675326I | | | | | | | | |

```
RUN DATE 02/07/06         CCA CORRECTIONAL TREATMENT FACILITY
RUN TIME 13:11:30                INMATE TRANSACTIONS
                      Bookin 209226
                        Name JACKSON, RAYMOND G
                        Race B  Sex M     DOB  12/04/61
                     Remarks REBOOK
                      Status RB Freeze N  Date 01/31/06   Time 14:43:11
                   Current Balance        143.61  Location E1B
10/25/05 16:42:49 547782 Final Re             3576.40              0.00 F51181349
Cash                                    JACKSON, RAYMOND G
---------------------------------------------------------------------------------
11/09/05 16:01:19 547782 ReBook                                    0.00 F51183310
ReBook                                  209226   JACKSON, RAYMOND G
---------------------------------------------------------------------------------
11/09/05 16:05:50 547782 Deposit              134.97            134.97 F51183526
                                        COMMISSARY REFUND
```

Oct WK 24-28

```
11/10/05 14:53:16 547782 Final Re              134.97              0.00 F51183681
Cash                                    JACKSON, RAYMOND G
---------------------------------------------------------------------------------
12/15/05 14:35:31 547782 Fee C.Cr                20.00             20.00 F51187092
PHONE CARD  3404                        Fee Adjustment PC
---------------------------------------------------------------------------------
01/18/06 14:30:50 547782 Cash Rel               20.00              0.00 G61189799
Cash                                    DC DEPARTMENT OF CORRECTIONS
---------------------------------------------------------------------------------
01/26/06 13:19:21 1091   Comm Sal                                  0.00 N/A
47   0 01/26/2006 13:19                 JACKSON, RAYMOND G
---------------------------------------------------------------------------------
01/31/06 14:43:18 547782 ReBook                                    0.00 G61191566
Rebook                                  209226   JACKSON, RAYMOND G
---------------------------------------------------------------------------------
01/31/06 14:43:31 547782 Deposit                70.00             70.00 G61191567
07621464273                             USPS
---------------------------------------------------------------------------------
01/31/06 16:07:54 547782 Deposit                99.49            169.49 G61191658
                                        DC DOC 0949091983,091948,9490892005
---------------------------------------------------------------------------------
02/02/06 13:45:46 1091   Comm Sal               25.88            143.61 N/A
47   0 02/02/2006 13:45                 JACKSON, RAYMOND G
---------------------------------------------------------------------------------

                        Inmate Signature _____
```

Handwritten annotations top right:
3731.37
$834.97
596.40