CASE NO. 05-1241 (CKK)

8/30/06

Dear Court Clerk

I am writting this letter to your office to add another defendant to the civil action. That defendant is the Department of Corrections of the District of Colombia Government. They are at fault also in the civil action. I am also asking for damages and punative damages. I am asking for a $1,000 dollars times 7 days and $500 dollars times 7 day. A total of $10,500 plus punitive damages of $3,500. I don't know what address I am suppose to use as the address of the Department of Correction. But as an alternative I will provide the building address of 1901 D St S.E Wash. D.C. 20003. I hope that the court will be able to provide the necessary address. Thank you for your help in the matter.

Raymond Jackson 209-226
1901 E St S.E E1B4
Wash. D.C. 20003

Respectfully Yours
Raymond Jackson

RECEIVED
SEP 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT