**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
CCA/CTF
10 Burton Hills Blvd.
Nashville, TN 37215

Civil Action, File Number __06-1241 CKK__

__Raymond G. Jackson__
V.
__CCA/CTF, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__9/5/06__                                               __[signature]__
Date of Signature                                        Signature (USMS Official)

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

__Corrections Corporation of America__
__10 Burton Hills Boulevard__
Street Number and Street Name or P.O. Box No.

__Nashville, Tennessee 37215__
City, State and Zip Code

by: __[signature] Steve [Groom]__
Signature

__Vice President & Deputy General Counsel__
Relationship to Entity/Authority to Receive

_____
Service of Process

__9-11-06__
Date of Signature

RECEIVED 2006 SEP -5 A 11:05

RECEIVED SEP 0 8 2006 By____

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)



# JONES, SKELTON & HOCHULI, P.L.C.

**DANIEL P. STRUCK**

TELEPHONE: (602) 263-7323
FAX: (602) 200-7811
E-MAIL: DSTRUCK@JSHFIRM.COM

2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
PHONE: (602) 263-1700
FAX: (602) 263-1784
WWW.JSHFIRM.COM

September 12, 2006

United States Marshals Service -
 DISTRICT OF COLUMBIA
Room 1106B
E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 Constitution Avenue, NW
Washington, DC  20001

Re: *Raymond G. Jackson v. CCA/CTF, et al.*
United States District Court for the District of Columbia
Cause No. CIV 06-1241 CKK

Gentlemen:

Enclosed with this letter is an original and one signed copy of a Waiver of Service of Summons signed by the following Defendant:

STEVE GROOM (FOR CORRECTIONS CORPORATION OF AMERICA)

The enclosed Waiver references service of Plaintiff's original Complaint upon the Defendant, Corrections Corporation of America.

Sincerely,

Daniel P. Struck
For the Firm

DPS/csm

Enclosures:    As Stated

cc:    Alice Rogan (Lawtrac No. L6470)
       Megan Starace Ben'Ary, Esq.

1679443.1