# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND G. JACKSON, )<br>　　　　Plaintiff, )<br>v. )<br>C.C.A/C.T.F. and WALTER FULTON, )<br>　　　　Defendants. ) | Civil Action No. 06-1241-CKK |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, Kelvin L. Newsome hereby enters his appearance as co-counsel for Defendants Corrections Corporation of America and Walter Fulton. Mr. Newsome's contact information is as follows:

　　Kelvin L. Newsome
　　LeClair Ryan
　　999 Waterside Drive, Suite 2525
　　Norfolk, VA  23510
　　Telephone No.:  (757) 441-8938
　　Facsimile No.:   (757) 441-8988
　　kelvin.newsome@leclairryan.com

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　Kelvin L. Newsome (D.C. Bar No. 439206)
　　　　　　　　　　　　　　　　LeClair Ryan
　　　　　　　　　　　　　　　　999 Waterside Drive, Suite 2525
　　　　　　　　　　　　　　　　Norfolk, VA  23510
　　　　　　　　　　　　　　　　Telephone No.:  (757) 441-8938
　　　　　　　　　　　　　　　　Facsimile No.:   (757) 441-8988

        Megan S. Ben'Ary (D.C. Bar No. 493415)
        LeClair Ryan
        225 Reinekers Lane, Suite 700
        Alexandria, VA  22314
        Telephone No.:  (703) 684-8007
        Facsimile No.:   (703) 684-8075

        Daniel P. Struck (D.C. Bar No. CO0037)
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Avenue, Suite 800
        Phoenix, AZ  85012
        Telephone No.:  (602) 263-7323
        Facsimile No.:   (602) 200-7811

Filed electronically this 28th day of September, 2006.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 28th day of September, 2006, a true and accurate copy of the foregoing was mailed, to:

Raymond G. Jackson (Reg. No. 27973016)
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

                                            /s/
                                 Kelvin L. Newsome