IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND G. JACKSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C.C.A/C.T.F. and WALTER FULTON, )<br>)<br>Defendants. )<br>)<br>)<br>)<br>) | Civil Action No. 06-1241-CKK |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, Megan S. Ben'Ary hereby enters her appearance as co-counsel for Defendants Corrections Corporation of America and Walter Fulton. Ms. Ben'Ary's contact information is as follows:

Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Telephone No.:    (703) 684-8007
Facsimile No.:    (703) 684-8075
megan.benary@leclairryan.com

Respectfully submitted,

_____/s/_____
Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:  (757) 441-8988

        Megan S. Ben'Ary (D.C. Bar No. 493415)
        LeClair Ryan
        225 Reinekers Lane, Suite 700
        Alexandria, VA  22314
        Telephone No.:  (703) 684-8007
        Facsimile No.:   (703) 684-8075

        Daniel P. Struck (D.C. Bar No. CO0037)
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Avenue, Suite 800
        Phoenix, AZ  85012
        Telephone No.:  (602) 263-7323
        Facsimile No.:   (602) 200-7811

Filed electronically this 28th day of September, 2006.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 28th day of September, 2006, a true and accurate copy of the foregoing was mailed, to:

Raymond G. Jackson (Reg. No. 27973016)
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

                /s/
            Megan S. Ben'Ary