THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RAYMOND G. JACKSON, | |
| Plaintiff, | |
| v. | C.A. No. 06-1241 (CKK) |
| CORRECTION CORPORATION OF AMERICA, *et al.*, | |
| Defendants. | |

### NOTICE OF ENTRY OF APPEARANCE

The Clerk will please enter the appearance of E. Louise R. Phillips, Assistant Attorney General, on behalf of the Correctional Corporation of America (CCA) for the medical allegations against CCA while the plaintiff was incarcerated within the Correctional Treatment Facility only. The remaining allegations against CCA will be handled by the current counsel of record.

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

　/s/　
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

BY:　/s/　
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

(202) 724-6519, (202) 724-6669
louise. phillips@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 5th day of October, 2006, to:

Raymond G. Jackson, *pro se*
DC 209-226
Corrections Corporation of America
1901 E. Street, SE
Washington, D. C. 20003

                                            /s/
                                  E. LOUISE R. PHILLIPS [422074]
                                  Assistant Attorney General