UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Raymond G. Jackson,                  :
                                     :
        Plaintiff,                   :
    v.                               :           Civil Action No. 06-1241 (CKK)
                                     :
CCA/CTF *et al.*,                    :
                                     :
        Defendants.                  :

### ORDER

It is hereby ORDERED that the initial scheduling conference is continued to November 20, 2006, at 9 a.m.; and it is

FURTHER ORDERED that defendant Corrections Corporation of America shall arrange for plaintiff to appear by telephone from the Correctional Treatment Facility. The Clerk is directed to send a certified copy of this Order to the Warden of the Correctional Treatment Facility.

_____s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: October 27, 2006