UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Raymond G. Jackson,              :
                                 :
         Plaintiff,              :
    v.                           :        Civil Action No. 06-1241 (CKK)
                                 :
CCA/CTF *et al.*,                :
                                 :
         Defendants.             :

## AMENDED ORDER

It is hereby ORDERED that the initial scheduling conference is continued to November 20, 2006, at 9 a.m.; and it is

FURTHER ORDERED that the District of Columbia Office of the Attorney General, appearing on behalf of defendant Corrections Corporation of America, shall arrange for plaintiff to appear by telephone from the Federal Correctional Institution in Cumberland, Maryland. The Clerk is directed to send a certified copy of this Order to the Warden of FCI-Cumberland.

                                  _____s/_____
                                  COLLEEN KOLLAR-KOTELLY
                                  United States District Judge

Date: October 27, 2006