Case No 06-1241

filed. CKK
Judge CKK 11/16/06

11-1-06

Honorable Judge Kollar-Kotelly

Your honorable judge I have written to the courts several times for assistance. I have not gotten any response from the court. I have asked the court wheter they could appoint me a court appointed Attorney. If not maybe they could provide me with information on attaining some free legal assistance in the case. I wish to be represented by a litigation Attorney. I am presently unable to afford an attorney in the matter. Please advise me of any options that may be able to assist me in the civil matter.

Sincerely Yours
Raymond Jackson

Raymond Jackson 27973-016
F.C.I Cumberland
P.O. Box 1000
Cumberland Md 21501