RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

11/20/06

Dear Court Clerk          06-1241 CKK

This letter is to provide the court with A updated address. I Am presently located At Federal Correctional Institution Cumberland in Cumberland Maryland P.O. Box 1000 zip code 21501. Please send confirmation of address

Raymond Jackson 27973-016   Respectfully Yours
F.C.I Cumberland
P.O. Box 1000                Raymond Jackson
Cumberland, Maryland 21501