UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND JACKSON, | ) |
| Plaintiff, | ) Civil Action No. 06-1241 (CKK) |
| v. | ) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| Defendants | ) |

**NOTICE OF WITHDRAWAL AND APPEARANCE**

Will the Clerk of the Court please withdraw the appearance of E. Louise R. Phillips, Assistant Attorney General, as attorney for the District of Columbia and enter the appearance of Assistant Attorney General Shana Frost as attorney for the District of Columbia.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
NICOLE L. LYNCH (471953)
Chief, Section II

_____
SHANA FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov