UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RAYMOND G. JACKSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : 1:06cv1241 |
| | : |
| CORRECTIONS CORPORATION OF AMERICA, et al., | : |
| | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Mariana D. Bravo, Esquire and Paul J. Maloney, Esquire as co-counsel for Corrections Corporation of America, the District of Columbia, and Warden Fulton, and remove the appearance of Megan Starace Ben'Ary, Esquire and the law firm of LeClair Ryan.

                                        Respectfully submitted,

CARR MALONEY P.C.                            CARR MALONEY P.C.

_/s/ Paul J. Maloney_                           _/s/ Mariana D. Bravo_

Paul J. Maloney, #362533                Mariana D. Bravo, #437809
1615 l Street, N.W., Suite 500            1615 L Street, N.W.
Suite 500                                          Suite 500
Washington, D.C. 20036                  Washington, D.C. 20036
(202) 310-5500 (telephone)             (202) 310-5500 (telephone)
(202) 310-5555 (facsimile)              (202) 310-5555 (facsimile)

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was mailed, postage pre-paid, on this 8th day of March, 2007 to:

> Raymond G. Jackson (Reg. No. 27973-016)
> FCI Cumberland
> Federal Correctional Institution
> P.O. Box 1000
> Cumberland, Maryland 21501
>
> Timothy Bojanowski, Esquire
> Jones, Skelton & Hochuli, P.L.C.
> 2901 North Central Ave.
> Suite 800
> Phoenix, Arizona 85012

_____
Mariana D. Bravo

_____
Paul J. Maloney