UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Raymond Jackson,              )
                              )
        Plaintiff,            )
                              )
   v.                         )    Civil Action No. 06-1241 (CKK)
                              )
Corrections Corporation of    )
America, et al.,              )
                              )
        Defendants.           )
                              )

**ORDER OF APPOINTMENT OF COUNSEL
FOR THE LIMITED PURPOSE OF MEDIATION**

The Court has determined that counsel should be appointed from the Court's Civil Pro Bono Panel for the limited purpose of assisting in the resolution of this case through mediation. Accordingly, it is

ORDERED that the Clerk appoint counsel for the plaintiff from the Civil Pro Bono Panel for the purpose of mediation in the above-captioned matter. It is

FURTHER ORDERED that the appointment shall be subject to the provisions of the "Guidelines for Court-Appointed Mediation Counsel," which is attached to and is hereby incorporated by reference in this Order.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: March 13, 2007