UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND G. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1241 (CKK) |
| | ) |
| CORRECTION CORPORATION OF | ) |
| AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, an inmate proceeding *pro se,* brought this action pursuant to 42 U.S.C. § 1983 alleging that he received negligent medical treatment while incarcerated at the District of Columbia's Central Treatment Facility ("CTF"). In his original complaint, Plaintiff named as defendants Corrections Corporation of America ("CCA"), Walter Fulton, an employee of CCA, and the CTF. Plaintiff has filed an amended complaint adding the Center for Correctional Health Policy and Studies, Incorporated ("CCHPS") as a defendant, and dismissing defendants Fulton and the CTF. The amended complaint does not include additional legal claims, but does supplement the factual basis for the claims.

Defendant CCA has filed a motion to strike the amended complaint on the ground that (1) Plaintiff did not seek permission from the Court before filing the amended complaint; (2) the document is unsigned; and (3) Plaintiff did not confer with defense counsel prior to filing the amended complaint. In resolving this issue, the Court must be mindful that *pro se* complaints are held to "less stringent standards than formal pleadings drafted by lawyers," *Haines v. Kerner,* 404 U.S. 519, 520 (1972), and *pro se* litigants are held to less stringent standards in the filing of pleadings. *Jarrell v. Tisch,* 656 F.Supp. 237, 239 (D.D.C. 1987).

Defendants motion is without merit. At the initial scheduling conference on November 20, 2006, the Court granted plaintiff leave to file an amended pleading by February 23, 2007. *See* Fed. R. Civ. P. 15(a) (party may amend pleading by leave of court). Plaintiff filed his amended complaint in a timely manner. Since he is incarcerated, Plaintiff had no duty to confer with counsel prior to filing the amended complaint. *See* LCvR 7(m). Finally, defendant has not been prejudiced by the fact that Plaintiff did not sign his amended complaint. Accordingly, it is

ORDERED that Defendant CCA's motion to strike amended complaint [24] is DENIED. It is hereby

FURTHER ORDERED that Defendant CCA file an answer or otherwise respond to the amended complaint by **March 28, 2007**. It is hereby

FURTHER ORDERED that Defendant CHHPS file an answer or otherwise respond to the complaint by **April 4, 2007**.

COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: March 14, 2007