UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RAYMOND G. JACKSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    1:06cv1241 |
| | : |
| CORRECTIONS CORPORATION OF AMERICA, et al., | : |
| | : |
| Defendants. | : |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Colleen E. Durbin, Esquire as co-counsel for Corrections Corporation of America, the District of Columbia, and Warden Fulton, and remove the appearance of Kevin L. Newsome, Megan Starace Ben'Ary, Esquire and the law firm of LeClair Ryan.

Respectfully submitted,

LeCLAIR RYAN                                      CARR MALONEY P.C.

*Megan Ben'Ary / ced*                      *Colleen E. Durbin*
Kelvin L. Newsome, Esq. #439206         Paul J. Maloney, Esq. #362533
Megan Starace Ben'Ary, Esq. #493415     Mariana D. Bravo, Esq. # 473809
225 Reinekers Lane                         Colleen E. Durbin, Esq. #500039
Suite 700                                      1615 L Street, N.W.
Alexandria, VA 22314                        Suite 500
(703) 647-5933 (Telephone)              Washington, DC 20036
(703) 647-5983 (Facsimile)               (202) 310-5592 (Telephone)
                                                       (202) 310-5555 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was mailed, postage pre-paid, on this 15th day of March, 2007 to:

Raymond G. Jackson (Reg. No. 27973-016)
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, Maryland 21501

Timothy Bojanowski, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Arizona 85012

_Colleen E. Durbin_
Colleen E. Durbin