UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND G. JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-1241 (CKK) |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Based on the discussion with the parties at the status conference on March 16, 2007, it is

ORDERED that

1. This case is referred to Magistrate Judge Facciola for purposes of mediation.

2. The Center for Correctional Health Policy and Studies, Incorporated ("CCHPS"), after service of the summons and amended complaint, shall file an answer or otherwise plead by April 4, 2007.

3. A status conference is set for June 15, 2007 at 11:00 a.m.

COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: March 16, 2007