**Attachment B**

CCA INMATE/RESIDENT GRIEVANCE FORM

**Attachment C**

Grievance No:
Numero de queja: 1108 cont.                                                     M. Moor                    JUN 5 PM 6:05

## CCA INMATE/RESIDENT GRIEVANCE FORM
### Formulario De Queja de Residente Confinado en CCA

Name (print) __Jackson          Raymond          G.__
         last name (apellido)     First (nombre)     Initials (iniciales)
Number: (Número de DC) __209-226__          Housing assignment (Unidad asignada) __E1B35__
Name of Staff contacted: __Unit officers, sergeant, lieutenant__
Nombre del empleado a contactar

STATE Grievance (include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary. (Declaracion de queja ( incluya documentación, testigos, dia del incidente y otra información pertinente a la queja. Incluya páginas adicional si es necesario.) I am housed in unit E1B cell 35 and the vent barely blows air. My cell is hot and isn't being cooled by the very little air coming out of the vent. I am badgered about trying to keep sunlight out of room with paper in the window only during daylight hours. Staff has been informed of particular cells not getting air and nothing has been done. I have no choice but to try to keep my cell cool without properly working air. Also in the unit their is no air in the small TV room and no air in the bathrooms.

Requested action ( Acción tomada)
I request to be able to block sunlight from room until maintenance figures out something. I shouldn't have to suffer from heat in my cell this is unhuman. This is a low security unit and having paper in the window shouldn't breach security. I should be allowed to try and stay cool it is summer time.

Inmate/Resident's Signature: __Raymond Jackson__          Date Submitted: __6/4/06__
Firma del denunciante                                      Dia que lo sometio

GRIEVANCE OFFICER'S REPORT (Reporte del oficial de queja)
Inmate Raymond Jackson received a response regarding his grievance and the alleged heat from Mrs. Smith, the maintenance supervisor. He was requested to put paper on his window to block the

GRIEVANCE OFFICER'S DECISION (Decisión del oficial de queja)
sun's rays and reduce the heat in his cell as a result of the sun. This request is denied due to security reasons

Grievance Officer's Signature: __J. Allen__          Date:(Fecha) __6/16/06__
Firma del Oficial de Queja

Inmate/Resident Signature (upon request): __Jackson__          Date: (Fecha) __6/23/06__

Appeal:        yes __X__   No _____          State reason for appeal: __Mrs. Allen and Mrs. Smith are both__
Apelación      si _____   No _____          Razón de apelación
liers. My rooms vent doesn't blow air and the TV room doesn't blow air. Mrs. Smith has lied about investigating my complaints of no air in room and TV room. No maintenance personal has checked to see if air is working in the location stated and hasn't been repaired either. Mrs. Smith has lied about the water fountain also and cold water in the shower neither of those complaints have been investigated and repaired. It a shame that staff members have to lie about maintence issue that go unrectified. Maintenance needs to tint my windows like some other window

WARDEN ADMINISTRATOR RESPONSE (CONTESTACIÓN DEL ALCAIDE/ADMINISTRADOR)
I have instructed the maintenance dept. to check out your cell for excessive heat.

Warden/Administrator signature: (Firma del Alcaide/Administrador) __JPC__          Date (Fecha): __6/30/06__

Inmate/Resident Signature:( Firma del denunciante) __Raymond Jackson__          Date:( Fecha) __7/3/06__

**Attachment D**

Grievance No.: _1456_    *Multiple Grievances*    JUL 21 AM 2:07    Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM
### FORMA DE AGRAVIO DE PRESIDIARIO/RESIDENTE DE CCA

Name, Nombre (Print): __Jackson Raymond G__
(Last Name) (First) (Middle Initial)

Number (Numero): __209-226__    Housing Assignment (Alojamiento de Asignacion): __B/B 35__

INFORMAL RESOLUTION ATTEMPTED?    Yes __✗__    No _____
(LA RESOLUCION INFORMAL INTENTO?)    Si _____    No _____
NAME OF STAFF CONTACTED (NOMBRE DE PERSONAL SE PUSO EN COTACTO) __Maintenance Supervisor__

STATE GRIEVANCE (EL AGRAVIO ESTATAL) (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I am housed in cell 35 and the vent in the cell is barely blowing Air. It isn't enough Air Flow to cool the cell from the summer heat. The cell recieves to must sunlight causing the cell to be more humid. I have complained About this problem before on different occassions and nothing has been done.

Requested Action (Accion Solicitada)

I need maintenance to place tint on the window like Another windows have to prevent excessive sunlight And to find out why the Air barely blows

Inmate/Resident's Signature: __Raymond Jackson__    Date Submitted: __7/20/06__
(Firma de Presidiario/Residente)    (Fecha Presentada)

GRIEVANCE OFFICER'S REPORT (EL INFORME DEL OFICIAL DE AGRAVIO)

The Maintenance supervisor Mrs. B. Smith, has assessed inmate Jackson's complaint, cell windows will not be tinted, however inmate Jackson may be moved to another cell as and alternative location if approved by Mr. Shelton

GRIEVANCE OFFICER'S DECISION (LA DECISION DEL OFICIAL DE AGRAVIO)

We don't tint windows & we will check your vent if you have some Air coming out theres not much more we can do.

Grievance Officer's Signature __Valerie Smith, B. Allen__    Date: __7-24-06__

Inmate/Resident's Signature (upon receipt): __Raymond Jackson__    Date: __8/2/06__
Firma de Presidiario/Residente (sobre recibo)    Fecha

APPEAL (PETICION): Yes Si __✗__    No _____

STATE REASON (S) FOR APPEAL (RAZON ESTATAL DE PETICIO): This isn't the first issue of the vent not producing Air due to ventilation system never being cleaned And is clogged up with dust and dirt. This isn't the only cell with this problem also And there isn't no Air in the small TV room or the game room. CCA must have this ventilation system cleaned.

WARDEN/ADMINISTRATOR'S RESPONSE (RESPUETA DE GUARDIAN/ADMINISTRADOR)

Due to the vent system problem you will be removed from that cell.

Warden/Administrator's Signature: __Shelton__    Date: __8-4-06__

Inmate/Resident's Signature (upon receipt) __R Jackson__    Date: __8-7-06__
Firma de Presidiario/Residente (sobre recibo)    Fecha

Revised 02/01/02

# Attachment E

*Multiple Grievances* AUG 9 PM 4:18 ✓

Grievance No.: 1635

Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM
### FORMA DE AGRAVIO DE PRESIDIARIO/RESIDENTE DE CCA

**Name, Nombre (Print):** Jackson Raymond G

Last Name | First | Middle Initial: EJB4

**Number (Numero):** 209-776    **Housing Assignment (Alojamiento de Asignacion):** EJB4

**INFORMAL RESOLUTION ATTEMPTED?**    Yes X    No ___
**(LA RESOLUCION INFORMAL INTENTO?)**    Si ___    No ___
**NAME OF STAFF CONTACTED (NOMBRE DE PERSONAL SE PUSO EN COTACTO)** Maintenance Supervisor

**STATE GRIEVANCE (EL AGRAVIO ESTATAL)** (include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary). There is NO air IN the small TV room and no air in the designated game room. This has been A ongoing problem that I have Addressed And nothing has been done. It gets hot in those said areas. And inmates should be Allowed to wear their tee shirt in those areas. Also there is No Air in the bathroom which is unsanitary

**Requested Action (Accion Solicitada)**
Something needs to be done about this problem A.S.A.P. or Allow inmate to wear tee shirt in those designated areas.

**Inmate/Resident's Signature:** /s/ Raymond Jackson    **Date Submitted:** 8/8/06
**(Firma de Presidiario/Residente)**    **(Fecha Presentada)**

**GRIEVANCE OFFICER'S REPORT (EL INFORME DEL OFICIAL DE AGRAVIO)**
All the A/c is on & working

Jackie Smith

**GRIEVANCE OFFICER'S DECISION (LA DECISION DEL OFICIAL DE AGRAVIO)**
Unfounded. Per Mr. Smith the A/C is working

**Grievance Officer's Signature** Q. Allen    **Date:** 8/15/06
**Inmate/Resident's Signature (upon receipt):** Raymond Jackson    **Date:** 8/16/06
**Firma de Presidiario/Residente (sobre recibo)**    **Fecha**

**APPEAL (PETICION):** Yes SI X    No ___

**STATE REASON (S) FOR APPEAL (RAZONES TATAL DE PETICIO):** Mr. Jackie Smith you are A liar. The Air IN parts of the unit don't have Air like I stated in the small TV Room and the assigned game room. No one has been on unit to check to see if there is any Air. It gets hot in those Areas from lack of Air. I demand something be done About the Air A.S.A.P.

**WARDEN/ADMINISTRATOR'S RESPONSE (RESPUETA DE GUARDIAN/ADMINISTRADOR)** Someone from maintenance will investigate your complaint this week. Sustained.

**Warden/Administrator's Signature:** [signature]    **Date:** 8/21/06
**Inmate/Resident's Signature (upon receipt):** Raymond Jackson    **Date:** 8/22/06
**Firma de Presidiario/Residente (sobre recibo)**    **Fecha**

Revised 02/01/02

**Attachment F**

*Lost property*
*Chip*

Grievance No.: 1804

SEP 8 PM 3:35

Form 14-5A – For Official Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM
### FORMA DE AGRAVIO DE PRESIDIARIO/RESIDENTE DE CCA

Name, Nombre (Print): JACKSON     Raymond     G
_Last Name_     _First_     _Middle Initial_

Number (Numero): 209-226     Housing Assignment (Alojamiento de Asignacion): E1134

INFORMAL RESOLUTION ATTEMPTED?     Yes ✓     No
(LA RESOLUCION INFORMAL INTENTO?)     Si     No

NAME OF STAFF CONTACTED (NOMBRE DE PERSONAL SE PUBO EN COTACTO) Mr Fulton, Mrs. Tenoney, Sol-

STATE GRIEVANCE (EL AGRAVIO ESTATAL) (include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary). On 10/6/05 I purchased $100.51 of commissary. On 10/9/05 the facility went on lockdown until 10/19/05. On 10/20/05 housing unit went to commissary and purchase of $134.97 worth of commissary. On 10/21/05 I was called to go on federal Movement and All property was bagged and taken to R/D. I was given to R/D officer and somehow disappeared from

Requested Action (Accion Solicitada)
I expect for CCA to pay for my property that they lost due to R/D officers negligence.

Inmate/Resident's Signature: Raymond Jackson     Date Submitted: 9/7/06
(Firma de Presidiario/Residente)     (Fecha Presentada)

GRIEVANCE OFFICER'S REPORT (EL INFORME DEL OFICIAL DE AGRAVIO)
Based on the attached documentation the 134.97 was transferred to the Salon 11/10/05, Inmate Jackson returned to CTF on 11 as late but failed to submit this grievance after he was provide a response on 4/19/06 to his property claim

GRIEVANCE OFFICER'S DECISION (LA DECISION DEL OFICIAL DE AGRAVIO)
Grievance Denied. Inmate Jackson was refunded 134.97 on 11/10/06 which was released to DIC Sev. Inmate Jackson failed to submit this grievance

Grievance Officer's Signature _____     Date: 9/19/06
Inmate/Resident's Signature (upon receipt): Transferred on     Date: 9/19/06
Firma de Presidiario/Residente (sobre recibo)     Fecha

APPEAL (PETICION): Yes Si _____     No _____

STATE REASON (S) FOR APPEAL (RAZONESTATAL DE PETICIO): _____
_____
_____
_____
_____

WARDEN/ADMINISTRATOR'S RESPONSE (RESPUETA DE GUARDUAN/ADMINISTRADOR)
_____
_____

Warden/Administrator's Signature: _____     Date: _____
Inmate/Resident's Signature (upon receipt) _____     Date: _____
Firma de Presidiario/Residente (sobre recibo)     Fecha

2 days after 4/19/06, Grievance SEE Attachment

Revised 02/01/02

R/D. My parents came to pick up property and the only thing that R/D had was my legal paper from my property. Mrs. Gilmore the R/D officer has stated that R/D does not refund any of A prisoners commissary purchases. This was told to me by Mrs. Gilmore and Mr. Brown both R/D officers. CCA has been arguing that I was refunded the $134.97 worth of commissary. The refunded of $134.97 was for the following weeks commissary purchase that I was not at the facility when that commissary arrived. So it was refunded back to my account and was not from my property lost at R/D. CCA keeps denying having lost my property. What happen to the purchase of $134.97 dollars worth of commissary go to from the Oct 20, 2005 purchase that I signed for and recieved and left CCA on Oct 21, 2005 the next day. Once I signed for that commissary purchase and carried it back to my housing unit why would I be refunded for the $134.97 purchase. MR Fulton I expect for you to investigate the matter which I dismiss earlier when you were informed by DOC contract Monitor MRS. Patrica Temoney-Salmon about this matter. You were then supposed to have been looking into the situation. This is the second time that my property was lost or stolen. I went for a surgical procedure and was kept until the next day and my property was bagged up by officer on the unit. Upon coming back the next day I was sent to intake unit because you had moved someone into my cell. The officer did not know what property was mine and property came up missing. I let that incident go but cannot let this second theft of property go something is going to be done.



**CORRECTIONS CORPORATION OF AMERICA**

*Received charody 9/14/06*

**To:**          Grievance Coordinator Joyce Allen

**From:**        Administrative Captain Dale London

**Reference:**   Inmate Grievances Completed

**Date:**        Thursday, September 14, 2006

The following Inmate Grievances have been completed and returned to the Inmate Grievance Coordinator on 09/14/06:

| Grievance #: | Grievance #: | Grievance #: | Grievance #: |
|---|---|---|---|
| 1773 ✓ | 1778 ✓ | 1802 ✓ | 1803 ✓ |
| 1804 ✓ | 1812 ✓ | N/A. | N/A. |

### I have received the above listed documents.

| Allen, Joyce | | 09/14/06 |
|---|---|---|
| Print Name: | Signature: | Date: |

CC:     Assistant Warden of Operations Isaac Johnston
        Chief of Security Christopher Ivins
        Ms. Debra Wooden
        Ms. Brenda Hatcher



# CORRECTIONS CORPORATION OF AMERICA

**To:**       Grievance Coordinator Joyce Allen

**From:**     Administrative Captain Security Dale London

**Reference:** Inmate Grievance Responses: 1803, 1804, 1812

**Date:**     Thursday September 14, 2006

---

#1803 Jackson, Raymond #209-226
Inmates are allowed to use the restroom facilities during the count, but only after the staff
member conducting the count is satisfied that the count is correct. If the staff member
conducting the count is not satisfied the count is correct, you will have to wait. Count
times at the Correctional treatment facility come at the same time each day. You need to
adjust your restroom schedule around the count times. This matter has been addressed
with all security personnel.

#1804 Jackson, Raymond #209-226
This matter was submitted by you on 02/28/06 on a 14-6A Lost / Stolen Property Claim.
This matter was researched by Captain Dale London and found to be unsubstantiated.
Commissary records (attached) indicated your account was refunded $134.97 dollars on
11/09/05. You were informed of the refund and given a copy of the commissary print out
(attached), but refused to sign the 14-6A regarding this matter. You were already
refunded the money for the items you claim to have lost. No property disclaimer was
discovered inside of your file. This matter is considered closed.

#1812 Ingram, James #302-181
At the request of the District of Columbia Department of Corrections Office of Case
Management Services, you were placed onto Administrative Segregation Status (Total
Separation Status). You have been notified regarding your status on numerous Housing
Hearings. This status will remain in place until the District of Columbia Department of
Corrections Office of Case Management Services requests you be removed from such
status.

CC:   Assistant Warden of Operations Isaac Johnston
      Chief of Security Christopher Ivins
      Ms. Brenda Hatcher

```
RUN DATE 04/19/06          CCF CORRECTIONAL TREATMENT FACILITY
RUN TIME 09:25:59                 INMATE TRANSACTIONS

               Bookin 209226
               Name JACKSON
               Race B  Sex M       DOB  12/04/61
               Remarks REBOOK
               Status RB Freeze N  Date 01/31/06    Time 14:43:11
            Current Balance     2144.00  Location E10
```

| Date | Time | Emo | Type | Debit | Credit | Inmate BAL | Rec |
|------|------|-----|------|-------|--------|-----------|-----|
| 11/09/05 | 16:01:19 | 547782 | ReBook | 209226   JACKSON, RAYMOND G | | 0.00 | F5118 |
| 11/09/05 | 16:05:50 | 547782 | Deposit | | 134.97 | 134.97 | F5118 |
| | | | | COMMISSARY REFUND | | | |
| 11/10/05 | 14:53:16 | 547782 | Final Re | 134.97 | | 0.00 | F5118 |
| Cash | | | | JACKSON, RAYMOND G | | | |
| 12/15/05 | 14:35:31 | 547782 | Fee C.Cr | | 20.00 | 20.00 | F5118 |
| PHONE CARD 3404 | | | | Fee Adjustment PC | | | |
| 01/18/06 | 14:30:50 | 547782 | Cash Rel | 20.00 | | 0.00 | G6118 |
| Cash | | | | DC DEPARTMENT OF CORRECTIONS | | | |
| 01/26/06 | 13:19:21 | 1091 | Comm Sal | | | 0.00 | N/A |
| 47   0 01/26/2006 13:19 | | | | JACKSON, RAYMOND G | | | |
| 01/31/06 | 14:43:18 | 547782 | ReBook | | | 0.00 | G6119 |
| Rebook | | | | 209226   JACKSON, RAYMOND G | | | |
| 01/31/06 | 14:43:31 | 547782 | Deposit | | 70.00 | 70.00 | G6119 |
| 07621464273 | | | | USPS | | | |
| 01/31/06 | 16:07:54 | 547782 | Deposit | | 99.49 | 169.49 | G6119 |
| | | | | DC DOC 09490891983,891948,9490892005 | | | |
| 02/02/06 | 13:45:46 | 1091 | Comm Sal | 25.88 | | 143.61 | N/A |
| 47   0 02/02/06 13:45 | | | | JACKSON, RAYMOND G | | | |
| 02/09/06 | 13:12:52 | 1091 | Comm Sal | 108.46 | | 35.15 | N/A |
| 47   0 02/09/06 13:12 | | | | JACKSON, RAYMOND G | | | |
| 02/15/06 | 13:26:08 | 1091 | Comm Sal | 11.50 | | 23.65 | N/A |
| 47   0 02/15/2006 13:26 | | | | JACKSON, RAYMOND G | | | |
| 02/23/06 | 13:16:50 | 1091 | Comm Sal | 22.88 | | 0.77 | N/A |
| 47   0 02/23/06 13:16 | | | | JACKSON, RAYMOND G | | | |
| 02/24/06 | 10:26:24 | 4193 | Deposit | | 30.00 | 30.77 | G6119 |
| 08470849915 | | | | MONEY ORDER | | | |
| 02/27/06 | 16:22:24 | 7572 | Deposit | | 1.99 | 32.76 | G6119 |
| 2/9/06 | | | | COMMISSARY REFUND | | | |
| 03/08/06 | 12:34:06 | 1091 | Comm Sal | 29.73 | | 3.03 | N/A |
| 47   0 03/08/06 12:34 | | | | JACKSON, RAYMOND G | | | |

Claim # 0063

FORM 14-5A
Revised 02/01/02

MAR 2 AM 9:37

## CORRECTIONS CORPORATION OF AMERICA

## LOST/STOLEN PERSONAL PROPERTY CLAIM    # 1804

1.  CLAIMANT: Raymond Jackson    CLAIMANT'S NUMBER 209-226
2.  HOUSING ASSIGNMENT: E2A    DATE OF LOSS: 10/21/05
3.  Circumstances which resulted in the loss of personal property:

    I was called to R/D to leave on a Fed. load. I went to
    commissary on 10/20/05 and purchased 134.97 worth of
    commissary. I had additional commissary items prior
    to that purchase. I took all property to R/D for pick up.
    My parent came to pick up property and were told they didn't
    know what happen to the property.

4.  Description and value of items lost:

    My property was commissary items just purchased
    the day before leaving CTF to FCI Butner N.C. Plus
    additional commissary items recently purchase with
    a grand total of around 134.97 plus 50.00 amounting to
    around 184.97. Check deposit and withdrawl printout
    on 10/20/05 which support my claim and commissary reciept
    I signed Authorizing CTF to debit Account

5.  Attach to this document any proof of ownership or proof of value available.

Signature of Claimant Raymond Jackson    Date Submitted 2/28/06

## RESULTS OF INVESTIGATION

**DENIED:**

____ Records were reviewed and no proof of ownership is indicated.
____ Unallowable item at this institution.
____ Item illegally obtained.
____ Investigation reveals loss resulted from barter, gambling, or sale
____ Investigation has proved the claim invalid or unsubstantiated.
____ Loss resulted from irresponsibility on inmate/resident's part to keep personal items secured.
✓ Other: Money Refunded to Account on 11-9-05 ... No Map

**APPROVED:**    Disclaimer Completed on Any Property that
may have been left in R/D.

____ Issue items are being offered as replacement for the items reported missing.
N/A Monetary settlement in the amount of $ ___N/A___ will be processed.
N/A Other: ___N/A___

Investigating Officer: D. Lorman    Date Completed: 04/19/06
Signature of Inmate: Inmate Refused to sign (a coder)    Number: 209-226 Date: 04/19/06
Warden/Administrator or Designee's Signature: _____
        (IF REPLACEMENT OR REIMBURSEMENT IS WARRANTED)

Copy to: Inmate
         Inmate File
         Property File

SEE Attached Reciept

| Facility Nbr | Agency Nbr | Full Name |
|---|---|---|
| 209226 | 209226 | Jackson, Raymond G |

| Class Code | Housing Loc. |
|---|---|
| 10-3 | |

Inactive    08:22:48 AM



### Admit/Release Transaction List

| (untitled) | (untitled) | (untitled) | (untitled) |
|---|---|---|---|
| 09/19/2006 | 06:00 | OPER | |
| 09/18/2006 | 12:00 | INIT | DCDC |
| 09/18/2006 | 05:30 | OPER | |
| 01/25/2006 | 19:45 | INIT | DCDC |
| 10/21/2005 | 06:15 | OPER | |
| 07/29/2005 | 23:42 | INIT | DCDC |
| 07/28/2005 | 20:30 | OPER | |
| 03/23/2005 | 14:20 | INIT | DCDC |
| | | | |

# H04

Delete Flag N    CTF19989