**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Raymond G. Jackson<br><br>　　　　　　Plaintiff,<br>　　v.<br>Correction[s] Corporation of America, et al.<br><br>　　　　　　Defendants. | Civil Action No. 06-1241-CKK |

ORDER

Upon Motion of Corrections Corporation of America, CCA/CTF and Walter Fulton to Dismiss Plaintiff's Amended Complaint or, in the Alternative, for Summary Judgment and for good cause shown therein, it is this _____ day of _____, 2007:

**ORDERED,** that Defendants' Motion be and the same hereby is granted, and it if further;

**ORDERED,** that all claims against Defendants Corrections Corporation of America, CCA/CTF and Walter Fulton hereby are **dismissed with prejudice.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge Colleen Kollar-Kotelly

cc:　　Raymond G. Jackson (Reg. No. 27973-016)
　　　　2850 Langston Place, SE
　　　　Washington, DC 20020

　　　　Daniel P. Struck, Esq.
　　　　Timothy J. Bojanowski, Esq.
　　　　**JONES, SKELTON & HOCHULI, P.L.C**.
　　　　2901 North Central Avenue, Suite 800
　　　　Phoenix, Arizona 85012

　　　　Mariana Bravo, Esq.
　　　　Colleen Durbin, Esq.
　　　　**CARR MALONEY, PC**
　　　　1615 L Street, NW, Suite 500
　　　　Washington, DC 20036

1756592.1