IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND G. JACKSON,<br><br>                Plaintiff,<br><br>    v.<br><br>C.C.A./C.C.F. and WALTER FULTON,<br><br>                Defendants. | Civil Action No. 06-1241-CKK |

**DEFENDATNS CORRECTIONS CORPORAITON OF AMERICA, CCA/CFT, AND WALTER FULTON'S NOTICE OF ERRATA**

On March 28, 2007, Defendants Corrections Corporation of America, CCA/CFT, and Walter Fulton, by and through counsel undersigned, filed their Motion to Dismiss Amended Complaint or, in the Alternative, for Summary Judgment [See PACER Docket No. 31. Exhibit 1 that was attached to the Motion to Dismiss was incorrect. Attached hereto as Appendix A is the correct Exhibit 1 and the attachments thereto.

1760259.1

Dated: March 28, 2007

      s/Timothy J. Bojanowski
      Daniel P. Struck, (D.C. Bar No. CO0037)
      Timothy J. Bojanowski, (D.C. Bar No. OH0014)
      JONES, SKELTON & HOCHULI, P.L.C.
      2901 North Central Avenue, Suite 800
      Phoenix, Arizona  85012
      Telephone: (602) 263-7324
      Facsimile: (602) 263-7387
      *Attorneys for Defendants District of Columbia, Corrections Corporation of America, and TransCor*

      Paul J. Maloney (D.C. Bar No. 362533)
      Mariana Bravo (D.C. Bar No. 473809)
      CARR MALONEY, PC
      1615 L Street, NW, Suite 500
      Washington, DC 20036
      Telephone: (202) 315-5500
      Facsimile: (202) 310-5555
      *Attorneys for Defendants District of Columbia, Corrections Corporation of America, and TransCor*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 28th day of March 2007, a true an accurate copy of the foregoing Notice of Errata, was sent via first-class mail, postage-prepaid, to:

Raymond G. Jackson (Reg. No. 27973-016)
2850 Langston Place, SE
Washington, DC 20020
*Plaintiff Pro Se*


    s/Dianne Clark