# APPENDIX A

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Raymond G. Jackson

                Plaintiff,

    v.

Correction[s] Corporation of America, et al.

                Defendants.

Civil Action No. 06-1241-CKK

### DECLARATION OF TIMOTHY J. BOJANOWSKI

I, TIMOTHY J. BOJANOWSKI, under penalty of perjury of the laws of the United States of America do declare the following:

    1.    I am counsel of record for Defendants Corrections Corporation of America, CCA/CTF and Walter Fulton.

    2.    I have personal knowledge that the matters in this Declaration are true and accurate, and submit this Declaration in support of Defendants Correction[s] Corporation of America, CCA/CTF, and Walter Fulton's Motion to Dismiss Plaintiff's Amended Complaint or, in the Alternative, for Summary Judgment.

    3.    Attachment A hereto are true and accurate copies of documents from Plaintiff's D.C. Department of Corrections Institutional File demonstrating that Plaintiff Raymond Jackson was to be released to the custody of the Federal Bureau of Prisons on October 21, 2005 and again on September 19, 2006.

4.    On February 9, 2007 I served Defendants First Request for Production of Documents via U.S. Mail upon Plaintiff at FCI Cumberland.  On February 16, 2007 that document request was returned as undeliverable, since Plaintiff had been released from FCI Cumberland to the supervision of the Bureau of Prisons, Correctional Programs Division, Community Corrections Management Washington D.C. area office.

5.    Attachment B hereto is a true and correct copy of relevant portions Modification #4 of the Operations and Management Agreement by and between the District of Columbia and Corrections Corporation of America, effective April 1, 2003, relating to the provision of medical services to inmates incarcerated at CTF.

I have reviewed the foregoing, and I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed:  March 28, 2007

Timothy J. Bojanowski, (D.C. Bar No. OH0014)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone: (602) 263-7324
Facsimile: (602) 263-7387

- 2 -

**Attachment A**

U.S. Department of Justice
United States Marshals Service

**PRISONER REMAND OR ORDER TO DELIVER AND
RECEIPT FOR UNITED STATES PRISONERS**

## UNITED STATES MARSHAL
### District of COLUMBIA

TO: D.C. DEPARTMENT OF CORRECTIONS                    DATE: OCTOBER 21, 2005
        *(Name & Title)*

THE FOLLOWING NAMED UNITED STATES PRISONER(S): ☐ are herewith remanded to your custody
                                                                            ☒ are to be delivered to representative presenting and signing this order

1) RAYMOND JACKSON DC#209-226 (NEED 553)           4) FED#27973-016  SO FCI BUTNER

2) _____              5) _____

3) PLEASE HAVE INMATE READY 6:00AM                  6) STUDY ORDER TO FCI BUTNER

---

**RECEIPT**

THE ABOVE NAMED PRISONERS WERE RECEIVED:
BY: Fitzgerald Derrick
TITLE: DUSM
DISTRICT OR ORGANIZATION ADDRESS:
016

GEORGE B. WALSH
*United States Marshal*

KAREN J. BROWN, SDUSM
*BY: Deputy United States Marshal*

---

*(PRIOR EDITIONS MAY BE USED)*

Form USM-41
Rev. 11/83 (Supersedes USM-40, Short Form)

# Prisoner Remand or Order to Deliver and Receipt for United States Prisoners

District of **COLUMBIA**

TO: DC JAIL                                               DATE: 9/18/06

*(Name & Title)*

THE FOLLOWING NAMED UNITED STATES PRISONER(S): ☐ are herewith remanded to your custody

☒ are to be delivered to representative presenting and signing this order

| | | | |
|---|---|---|---|
| 1 BARNETT, MICHAEL CTF | FED# 37414-007 | 21 DC# 292-434 | JC SCHUYLKILL |
| 2 CALDWELL, KEYON CTF | FED# 50069-037 | 22 DC# 269-631 | PV CUMBERLAND |
| 3 JACKSON, RAYMOND G. CTF | FED# 27973-016 | 23 DC# 209-226 | JC CUMBERLAND |
| 4 KING, JONATHAN CTF | FED# 60178-083 | 24 DC# 302-788 | JC ALLENWOOD |
| 5 SCARBORO, ERIC ✳ | FED# 37187-007 | 25 DC# 265-905 | PF LORETTO |
| 6 WHITE, LUTHER E. ✳ | FED# 04685-007 | 26 DC# 271-440 | PV SCHUYLKILL |
| 7 WEST, JOHN ✳ | FED# 21151-424 | 27 DC# 299-215 | WR USMS ST-LOUIS |
| 8 | | 28 | |
| 9 | | 29 | |
| 10 | | 30 | |
| 11 | | 31 | |
| 12 | | 32 | |
| 13 | | 33 | |
| 14 | | 34 | |
| 15 | | 35 | |
| 16 | | 36 | |
| 17 | | 37 | |
| 18 PLEASE HAVE ALL INMATES READY AT 06:00A.M | | 38 | |
| 19 FOR REMOVAL TO THE AIRLIFT. PLEASE HAVE | | 39 | |
| 20 ALL MEDICATIONS AND USMS 553'S READY. | | 40 | |

SEP 18 2006 AM 11:12

---

## RECEIPT

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: _D Dempsey_

TITLE: _DUSM_

DISTRICT OR ORGANIZATION ADDRESS:

---

GEORGE B. WALSH, USM

United States Marshal

PABLO IRIZARRY, SDUSM

By:        Deputy U.S. Marshal

Form USM-40
(Rev. 1/30/81)

**Attachment B**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. Contract Number 7005-AA-NS-4-MW | Page of Pages |
|---|---|---|

2. Amendment/Modification Number **M0004** | 3. Effective Date **4/1/2003** | 4. Requisition/Purchase Request No. | 5. Solicitation Caption **Correctional Treatment Facility**

Page 1 of 6

6. Issued By:    Code **FL0**
OFFICE OF CONTRACTING AND PROCUREMENT
Public Safety Cluster
1923 Vermont Avenue, N.W., Room No. N-224
Washington, D.C. 20001

7. Administered By (If other than line 6)
The Department of Corrections
1923 Vermont Avenue, N.W.
Washington, D.C. 20001

8. Name and Address of Contractor (No. Street, city, country, state and ZIP Code)

Corrections Corporation of America
10 Burton Hills Blvd.
Nashville, TN 37215

Code ____ Facility ____

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
X 10A. Modification of Contract/Order No. 7005-AA-NS-4-MW
10B. Dated (See Item 13) 17-Jul-03

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or fax which includes a reference to the solicitation and amendment number. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or fax, provided each letter or telegram makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If Required)
**THIS IS A "NO ADDITIONAL COST" MODIFICATION**

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14**

X A. This change order is issued pursuant to: (Specify Authority) Paragraph 19 "Changes Clause" of the Standard Contract Provisions for with the District of Columbia Government Supply and Services Contract, d April 2003

X The changes set forth in Item 14 are made in the contract/order no. in Item 10A.

B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation date, etc.) set forth in Item 14, pursuant to the authority of 27 DCMR, Chapter 36, Section 3601.2.

X C. This supplemental agreement is entered into pursuant to authority of: Paragraph 7.1.4.2 Decrease in Per Diem Rate, Contract Ref. 10A WHICH REFLECTS AGREEMENTS BETWEEN THE PARTIES TO MODIFY THE TERMS OF THE CONTRACT

D. Other (Specify type of modification and authority)

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return **2** copies to the issuing office.

14. Description of amendment/modification (Organized by UCF Section headings, including solicitation/contract subject matter where feasible.)

THE CONTRACT REFERENCED IN BLOCK 10A HEREBY MODIFIED AS SPECIFIED IN THE ATTACHED 5 PAGES.

ATTACHMENTS:
Standard Contract Provisions, dated April 2003

9

Except as provided herein, all terms and conditions of the document referenced in Item (9A or 10A) remain unchanged and in full force and effect

15A. Name and Title of Signer (Type or print)
Damon Hininger, VP, Fed, Govt Rel.

16A. Name of Contracting Officer
John Soderberg

15B. Name of Contractor | 15C. Date Signed 4/1/03 | 16B. District of Columbia | 16C. Date Si... 4/1



# MODIFICATION #4 OF THE OPERATIONS AND MANAGEMENT AGREEMENT

### by and between

## THE DISTRICT OF COLUMBIA

### and

## CORRECTIONS CORPORATION OF AMERICA

THIS MODIFICATION OF THE OPERATIONS AND MANAGEMENT AGREEMENT (the "Agreement") is made and entered into as of April 1, 2003, by and between **THE DISTRICT OF COLUMBIA**, a municipal corporation **(the "District")** and **CORRECTIONS CORPORATION OF AMERICA**, a corporation duly organized and existing under the laws of Delaware **(the "Operator" or "CCA")**.

**WITNESSETH:**



WHEREAS, the District entered into the Agreement, dated January 30, 1997, with the Operator to operate and maintain the Correctional Treatment Facility;

WHEREAS, the District desires to assume Operator's food service obligations under the Agreement;

WHEREAS, the District has assumed Operator's medical service obligations under the Agreement; and

WHEREAS, the Parties desire to amend the Agreement accordingly;

NOW, THEREFORE, for and in consideration of the foregoing and the promises and mutual covenants hereinafter contained, and subject to the conditions herein set forth, the District and the Operator hereby covenant, agree, and bind themselves as follows:

Section 5.4.5 shall be deleted and replaced with the following: "The District shall assume all liability for the provision of all medical services for inmates housed at the Facility and shall render such services in accordance with the Operating Standards, and the Operator shall have no liability therefor. In the event the District fails to provide proper medical services and/or the District's manner of providing medical services interferes with the Operator's ability to comply with Operating Standards shall be considered a material failure for the purposes of Section 9.2.2. The Contract Monitor



shall administer all inmate grievances related to medical service, and the Operator shall have no responsibility or liability therefor except as set forth herein. The District shall indemnify, hold harmless and defend CCA, its employees, agents, servants and representatives from and against any and all claims and demands of whatever nature, regardless of the merit thereof, which may be asserted against CCA its employees, agents, servants or representatives related to the provision of medical service by the District or the District's subcontractor. The District's indemnity obligation shall not extend to any act or failure to act by Operator that inhibited the District's ability to render proper medical service, and the Operator shall indemnify the District for any such act or failure to act. In the event CCA desires the District to provide medical screening for potential CCA employees, the District shall provide such service at a rate of $100.00 per potential employee. Other medical services provided by the medical services provider for CCA employees will be charged at the prevailing rates within the District. The District shall reimburse Operator for compensation paid by Operator to CCHPS for services rendered to Facility inmates from November 1, 2002 through March 31, 2003."

**REDACTED**

**REDACTED**



**REDACTED**

Section 10.1 shall be amended to add: " The Operator shall have no indemnification responsibilities related to the provision of medical or food services except as specifically stated in Sections 5.4.5 and 5.4.6."

This Modification shall be effective on April 1, 2003.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as of the date first above written.

**THE DISTRICT OF COLUMBIA**
**("District")**

By: _John L. Soderberg_

Title: _Contracting Officer_

**CORRECTIONS CORPORATION OF AMERICA**
**("Operator")**

BY: _____

Title: _VP, Federal Cust Relations_

13

REVIEWED BY:

G. A. PURYEAR IV
GENERAL COUNSEL

DAVID M. GARFINKLE
VICE PRESIDENT, FINANCE