United States District Court
for the District of Columbia

| | | |
|---|---|---|
| Raymond G. Jackson, | ) | |
|     Plaintiff, | ) | Civil Action No. 06-1241 (CKK) |
| | ) | |
| v. | ) | Judge Kollar-Kotelly |
| | ) | Magistrate Judge Facciola |
| Corrections Corporation of America, *et al.*, | ) | |
|     Defendant. | ) | |

**Notice of Appearances of Michael S. Nadel and Eric J. Conn
for the Limited Purpose of Mediation**

To the Clerk of this Court and all parties of record:

Please enter our appearances as pro bono counsel in this case for Plaintiff Raymond G. Jackson.

This appearance is presently for the limited purpose of representing the litigant during the mediation process and is subject to the "Guidelines for Court-Appointed Mediation Counsel," incorporated by reference into the Court's Order of Appointment.

Respectfully submitted,

*/s/ Mike Nadel*

Michael S. Nadel, D.C. Bar #470144
Eric J. Conn, D.C. Bar #490321
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8113

*Attorneys for Plaintiff Raymond G. Jackson*