CASE NO. 06-1241 CCK

Plantiff
RAYMOND G. Jackson
VS
Defendants
C.T.F./ C.C.H.P.S

**RECEIVED**

APR 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion For Extension of Time

I RAymond G Jackson request extension of time to file response to defendants motion. The Clerks office does not have correct Address and due to this incorrect Address I have recieved notice late. I am unable to meet deadline of April 30, 2007 and respectfully ask this court to grant motion.

Respectfully Submitted
RAymond G. Jackson
Raymond G. Jackson
4/24/07

CASE NO. 06-1241 CCK                                4/24/07

## Notice of Change of Address.

The Old Address of F.C.I. Cumberland, Cumberland Maryland is no longer a current address. The new address is 1111 Oates St N.E Wash. D.C. 20002. Please forward future notices to this Address.

Respectfully Submitted
Raymond G Jackson