IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND G. JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>C.C.A./C.C.F. and WALTER FULTON,<br><br>        Defendants. | Civil Action No. 06-1241-CKK |

**DEFENDANTS' DEMAND FOR JURY TRIAL**

Pursuant to Rule 38, Fed.R.Civ.P., Defendants, through counsel, requests a trial by jury of all triable issues in the above-captioned matter.

Dated: May __4th__, 2007

>                         s/Timothy J. Bojanowski
> Daniel P. Struck, (D.C. Bar No. CO0037)
> Timothy J. Bojanowski, (D.C. Bar No. OH0014)
> JONES, SKELTON & HOCHULI, P.L.C.
> 2901 North Central Avenue, Suite 800
> Phoenix, Arizona  85012
> Telephone: (602) 263-7324
> Facsimile: (602) 263-7387
>
> *Attorneys for Defendants District of Columbia, Corrections Corporation of America, and TransCor*
>
> Paul J. Maloney (D.C. Bar No. 362533)
> Mariana Bravo (D.C. Bar No. 473809)
> CARR MALONEY, PC
> 1615 L Street, NW, Suite 500
> Washington, DC 20036
> Telephone: (202) 315-5500
> Facsimile: (202) 310-5555
>
> *Attorneys for Defendants District of Columbia, Corrections Corporation of America, and TransCor*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendant CCA/CTF and Walter Fulton's **Demand for Jury Trial** was electronically filed, this _____4th_____ day of May 2007 and a copy mailed, first-class postage pre-paid to:

Raymond G. Jackson
1111 Oates Street, N.E.
Washington, DC 20002
*Plaintiff Pro Se*


_____s/Dianne Clark_____