Raymond G. Jackson

VS

CCA/CTF

CASE NO. 06-1241 (CKK)

## Response to Defendents Motion

Enclosed are documents supporting Allegations in complaint against CCA/CTF. Exhibit 1 doctors order for a bottom bunk bed only for medical reasons. Also exhibit 1 an inmate request to the Program Manager requesting to be placed on a bottom bunk bed and a grievance to the Grievance coordinator and to the Warden. Exhibit 2 A medical Summary supporting previous medications that Arrived at CCA/CTF. Also responses from medical Appeals regarding stomach medications and stomach problems. Exhibit 3 prognosis of medical complaints and prescribed medications. There will be more supporting evidence comings.

Respectfully Submitted
Raymond G. Jackson

RECEIVED
MAY 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT