THE DOCTOR SHALL RECORD DATE, TIME AND SIGN EACH SET OF ORDERS. IF PROBLEM ORIENTED MEDICAL RECORD SYSTEM IS USED, WRITE PROBLEM NUMBER IN COLUMN INDICATED BY ARROW BELOW.

| PATIENT IDENTIFICATION | | | | DATE OF ORDER | TIME OF ORDER | | | LIST TIME ORDER NOTED AND SIGN |
|---|---|---|---|---|---|---|---|---|
| NAME | Raymond Jackson | | | 1/15/06 | 8:11 p | HOURS | | |
| DOB | | | | | | | | |
| DCDC # | 209226 | | | | | | | |
| | | | | Bottom Bunk Bed | | | | |
| | | | | | $\theta_2$ | | | |
| NURSING UNIT | ROOM NO. | BED NO. | | | | | | |
| C12F | | | | | | | | |

Exhibit 1

Form 17-100G

## CORRECTIONS CORPORATION OF AMERICA
## CORRECTIONAL TREATMENT FACILITY

### INMATE REQUEST SLIP

TO: Mr. Fulton    DATE: 2/20/00    UNIT: E1B7  35

FROM: (Name: Last, First) Jackson Raymond    DCDC #: 209-226

### PLEASE INDICATE BY CHECK ( ) THE NATURE OF REQUEST

( )   Classification or Reclassification          ( )   Parole
( )   Custody Review                              ( )   Personal or Family Problem (s)
( )   Legal Call                                  ( )   Detail job
( )   Education                                   ( )   Sentence Structure
( )   Escorted Trip                               ( )   Unit Change
( )   Canteen                                     ( )   Other (Specify)
( )   Classification Appeal
( )   Visiting List(will only be changed every 6 months)

Comments : I Am requesting a single cell bottom
bunk. I am presently on a top bottom and
have a bottom bunk certificate. I am asking for
your permission to move to 4 cell

Actions Taken/Remarks: inmates moved to bottom bunk

Inmate Signature (after complete)_____    Date of service_____

Exhibit 1

Field 14-8A — For Official Use Only

Grievance No.: 470

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): JACKSON RAYMOND

Number: 209-226    Housing Assignment: E1B7

INFORMAL RESOLUTION ATTEMPTED?    Yes X    No

NAME OF STAFF CONTACTED: MR. Fulton (Program Manager)

**STATE GRIEVANCE** (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary.) I have submitted several inmate request forms for permission to move to A available bottom bunk. I have notified unit Officers, MR. Fulton and case Manager of having bottom bunk certificate. I have requested to move everytime a bottom bunk has became available and have been denied. I have now been on top bunk for 27 days I arrived at CTF on 1/26/06 and have been on a top bunk ever since arriving with a bottom bunk certificate. Inmates who Arri

**Requested Action** after me have been moved to single cell bottom bunks I don't think that is fair to me that inmates who arrived after me got moved into a single cell bottom bunk, should've had for inmate for bottom...

Inmate/Resident's Signature: Raymon Jackson    Date Submitted: 2/21/06

**GRIEVANCE OFFICER'S REPORT**

You have not only been provided with a bottom bunk but you now have been placed in single cell 35    was.

**GRIEVANCE OFFICER'S DECISION**

Resolved by P/M Sutton

Grievance Officer's Signature: Q. Allen    Date: 2/24/06

Inmate/Resident's Signature (upon receipt): Raymon Jackson    Date: 2/24/06

APPEAL:    Yes X    No    STATE REASON (S) FOR APPEAL: The rule of having to contact P/M to move to bottom with bottom bunk certificate needs to change. What if something would have happ while I was on the top bunk or I got injuried climbing up and down. It would be a medical law suit Did any of the staff

**WARDEN/ADMINISTRATOR'S RESPONSE** Contacted. become aware of the seriousness Your appeal is denied. you do not dictate to administration who does what job.

Warden/Administrator's Signature: _____    Date: 3-9-06

Inmate/Resident's Signature (upon receipt): Raymon Jackson    Date: 3/14/06

10 B.H.

Revised 08-01-00

Exhibit 1

THE DOCTOR SHALL RECORD DATE, TIME AND SIGN EACH SET OF ORDERS. IF PROBLEM ORIENTED MEDICAL RECORD
SYSTEM IS USED, WRITE PROBLEM NUMBER IN COLUMN INDICATED BY ARROW BELOW.

| PATIENT IDENTIFICATION | | | | DATE OF ORDER    TIME OF ORDER | LIST TIME ORDER NOTED AND SIGN |
|---|---|---|---|---|---|
| NAME Jackson, Raymond | | | | 7/8/05          HOURS | |
| DOB | | | | Due to his medical | |
| DCDC # 209 226 | | | | Condition please | |
| NURSING UNIT | ROOM NO. | BED NO. | | Give him Lower Bunk | |



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**

**Office of Health Services**
**Administration**

## MEMORANDUM

**TO**      :   Raymond Jackson
             DCDC# 209-226

**FROM**    :   Nader Marzban, *Nade Mazba np*
             Medical Director

**DATE**    :   July 27, 2006

**SUBJECT** :   **Response to Inmate Grievance Medical Appeal # 331**

---

This letter is acknowledging your request for a medical appeal. I responded to your grievance about a similar complaint; stomach problem earlier this month. I personally met with you on July 5, 2006 and you complained that you needed Zantac for your stomach problem.

Presently you are receiving Zantac and other medications for your medial conditions. You were referred to a specialist for your stomach and tests were done. On several occasions, you refused treatment on July 13 and 20, 2006. You refused to be seen; your appointments were for the chronic clinic. When you refuse and don't cooperate with the doctors, it makes it difficult for medical to take care of your problem.

My conclusion is medical has responded to your needs. Therefore this matter is consider resolved.

NM/adr

Cc: Barbara Hart, Contract Monitor
    Henry Lesansky, Health Services Administrator

Exhibit 2

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

Office of Health Services
Administration



March 20, 2006

Raymond Jackson, DCDC, 209226
E1B7
Correctional Treatment Facility
1901 E Street, S. E.
Washington, D. C.  20003

**Medical Appeal to Grievance No: 46**

Dear Mr. Jackson:

This letter is to acknowledge your request for medical appeal. Your medical appeal has been investigated. The LPN examined you upon your arrival to CTF. You had a comprehensive medical examination upon your arrival at the Central Detention Facility during your intake processing; therefore you did not need to see a Physician upon your arrival to the Central Treatment Facility.  Your electronic records support the Grievance Officer's findings that you failed to mention your ulcer problem during intake processing.

You were seen during sick call on January 30, 2006 and found to be in no acute distress; however based on your subjective statement regarding previous treatments for ulcers with medication, the Sick Call Nurse referred you to the Physician for evaluation. The Medical Staff evaluated you within seven days, laboratory tests were ordered and appropriate medication ordered.

In the future, please provide complete medical history to the Physician, when you enter a facility. You are currently receiving your medication for ulcers and you are receiving follow-up in the Chronic Care Clinic and PRN via your sick call request.  I consider your grievance resolved.

Sincerely,

Juliana L. Iyer, MSN, RN, CNA, BC
Nurse Consultant
Health Services Administration

cc:  Barbara Hart Contract Monitor, DOC
     Joyce Allen, Grievance Coordinator, CCA



GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

Office of Health Services
Administration



## MEMORANDUM

**TO:**    Raymond Jackson
        DCDC# 209-226

**FROM:**  Nader Marzban
        Medical Director

**DATE:**  September 27, 2006

**SUBJECT:**  **Response to Inmate Grievance Medical Appeal #441**

This letter is acknowledging your request for a medical appeal. You alleged you are not receiving your stomach medication. I have already answered to this complaint.

You are on medication; last refill of prescription was on September 13, 2006.

My conclusion is you have been evaluated and advised on this matter. Therefore, this matter has been considered resolved.

cc:  Barbara Hart, Contract Monitor
     Henry Lesansky, Health Services Administrator

NM/vh

Grievance No.: **44**        MEDICAL        Appeal        Form 14-5A – For Official Use Only

CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): **Jackson Raymond G**

Number: **209-226**        Housing Assignment: **E1B4**

INFORMAL RESOLUTION ATTEMPTED?    Yes **X**    No _____

NAME OF STAFF CONTACTED: **Medical Director Dr Maezben**

BRIEF GRIEVANCE (Include Names, witnesses, date of incident and any other information)

As I informed D.O.C and C.C.A Medical
Staff of stomach medication on 1/19/06. I wasn't prescribed any
Medication until February 8, 2006 19 days later. Documentation
was provided by a Medical summary of medications from
F.C.I Butner N.C. It notified medical of exactly what stomach
Medications that arrived with me on January 19,2006 (See Attach
ment). For those 19 days I suffered abdominal pain due to NO
Medicine. This was blatantly medical negligence and cruel and unus
ual punishment. I informed Dr. P. NG and Dr. Desta of the medication
I expect an apology for the medical mistake made and wish
to be compensated. The attached document speaks for itself.

Inmate/Resident's Signature: **Raymond Jackson**        Date Submitted: **8/31/06**

GRIEVANCE OFFICER'S REPORT

*(handwritten, largely illegible)* ... Mr. Jackson ... was ... #'s 144, 155, 331.

GRIEVANCE OFFICER'S DECISION

Grievance Officer's Signature: _____        Date: **9/6/06**

Inmate/Resident's Signature (upon receipt): **Raymond Jackson**        Date: **9/13/06**

APPEAL: Yes **X**    No _____    STATE REASON (S) FOR APPEAL: As stated in those
prior grievance medical staff has lied about my stomach problem.
I was put on the stomach medication on Feb. 14, 2005 and also
was scheduled to see Gastric Intestinal Specialist on Sept 9, 2005.
CCA knew of problem as well as the D.O.C and I now expect compensation
in the amount of 500.00 a day that I had to suffer.
The attachment provided shows a list of medication that came back
with me from a psychological evaluation at F.C.I. Butner it informed
medical that I was having abdominal pain and that medical needed to follow
up and was never done.

Warden/Administrator's Signature: _____        Date: _____

Inmate/Resident's Signature (upon receipt): _____        Date: _____

*(margin handwritten)* B.H. 9/16/06 GP

See Attachment Medical
Document of Proof

White Copy: Inmate Copy        Yellow & Pink: Grievance Coordinator        Revised 02/01/03

BP-S659.60 MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT CDFRM
MAY 99

## U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS

*(faxed)*

| TB Clearance Yes ✓ No | | |
|---|---|---|
| 1. PPD completed: 2/4/05 | Name Jackson Raymond | Prisoner/Alien Reg.# 25973-016 | D.O.B. 12/4/61 |
| Results: ∅ mm | Departed From FCI Rent | Date Departed 1-18-06 | |
| 2. CXR Completed: | Destination USM DC | Reason for Transfer Study Cmplt | |
| Results: | Dist. Name | Dist.# | Date in Custody |
| 3. Health Authority Clearance: PJ Bergeplaints | Current   1. High blood pressure Resh/prob Knee | | |
| Sign Margaret Hale, PA | Medical ★2. P Reflux illness | | |
| 1/17/06 | Problems 3. Enlarged prostate | | |
| Note: Dates listed above must be within one year of this transfer. | | | |

| Medication | Dose | Route | Instructions for Use (include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | Medication Required for Care En Route | |
| ZANTAC | 300 mg | | 300 mg by mouth 2 times daily | |
| REGLAN | 10 mg | | 10 mg by mouth 3-4 times daily as needed for upset stomach | |
| MAALOX | | | 30 ml by mouth 4 times daily as needed for upset stomach | |
| CARDURA | 1 mg | | 1 mg by mouth at bedtime | |
| LISINOPRIL | 20 mg | | 20 mg by mouth daily | |
| NORVASC | 10 mg | | 10 mg by mouth daily | |
| CLONIDINE | 0.2 mg | | 0.2 mg by mouth 3 times daily | |

Additional Comments - Blood and Body Fluid Precautions ★May need follow up
for blue/arb. pain. See SF600 1/13/06

## Special Needs Affecting Transportation

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes ___ No | If no, why not? | |
| Is prisoner medically able to travel by airplane? | ✓ Yes ___ No | If no, why not? | |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes ___ No | If no, why not? | |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ___ Yes ✓ No | If yes, state reason | |
| Does prisoner require any medical equipment while in transport status? | ___ Yes ✓ No | If yes, what equipment? | |

| Sign and Print Name Certifying Health Authority Margaret Hale PA-C Margaret Hale PA | Phone Number 917-575-4541 | Date Signed 1/17/06 |
|---|---|---|

Record Copy - Transporting Officer; Copy - Health Record (Top page position one); Copy - Transferring Institution

This form may be replicated via WP.   SIMILAR TO (USM 553)   Replaces BP-S659 of Mar 99

Attachment   Grievance 441

Exhibit 2



**CCHPS PHARMACY (CTF)**
1901 D STREET SE - WASHINGTON, DC
75535    G. DESTA    02/06/06
JACKSON, RAYMOND    209226
E1B - E1B
. TAKE 1 TABLET TWICE DAILY X 90
DAYS

**RANITIDINE 150MG TAB**    #14
(7)Refills    03/13/2006    JS

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Exhibit 2

Grievance No.: _87_

Form 14-5A1 For Official Use Only

HOR 1 □ 7152

## CCA INMATE/RESIDENT GRIEVANCE FORM

Name (Print): JAckson    Raymond    G
_Last Name_    _First_    _Middle Initial_

Number: 209-226    Housing Assignment: E13 35

INFORMAL RESOLUTION ATTEMPTED?    Yes _____    No _X_
NAME OF STAFF CONTACTED: Dr. P. NG

STATE GRIEVANCE (include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary): On 1/19/06 I arrived at CDF from FCI Butner with medication. I informed Dr. P. NG of medication during intake. I was without Blood Pressure and Stomach medicine for 3 days before given Blood Pressure medicine. I Never recieved my stomach and Prostate medicine 7 days past and was moved to CTF on 1/26/06. CTF said they had no record of medication from D.C. Jail. Finally 19 days later CTF on 2/6/06 prescribed the stomach medicine after seeing it in the computer. I still havent recieved my Prostate medicine.

Requested Action: D.C. Jail and CTF Medical staff give me an apology and needs to make sure these situation dont happen again.

Inmate/Resident's Signature: Raymond Jackson    Date Submitted: 1/19/06

GRIEVANCE OFFICER'S REPORT: _[handwritten, largely illegible]_ ... You were seen by the Associate medical Director on 2/17/06 and failed to notify him of your above concerns.

GRIEVANCE OFFICER'S DECISION: _____

Grievance Officer's Signature: _____    Date: 3/10/06

Inmate/Resident's Signature (upon receipt): Raymond Jackson    Date: 3/14/06

APPEAL: Yes _X_    No _____    STATE REASON (S) FOR APPEAL: On 1/19/06 I arrived at D.C. Jail and went thru New Intake. I saw nurse who took Blood Pressure and temperature. I had blood drawn And TB test. I saw Mental Health Doctor and saw Dr. P. NG who I Notified of Medications taking And informed him that Medicine came back with me from FCI Butner Also

WARDEN/ADMINISTRATOR'S RESPONSE: _____

Warden/Administrator's Signature: _____    Date: _____

Inmate/Resident's Signature (upon receipt): _____    Date: _____

To B.H

SEE Attached

Revised 03 01 00

GRIEVANCE No. 87

I informed Dr. P. NG what kind of medication I took. If I didn't inform him how did he prescribe medication. I never was called by Sick to be referred to see the Doctor. I recieved Blood Pressure medication 3 days later and never recieved Stomach or Prostate medication. Finally, I recieved Stomach medication at CTF on 2/7/06. I still havent recieved medication for prostate and have informed 3 different Doctors. If I didn't alert Associate Medical Director how did he prescribe medications and schedule necessary appointments. Your allegations are untrue and false and I have supporting proof of CDF and CTF medical neglience. Medical has made errors in the past since my incarceration. Including giving me someone elses medication by mistake when is the unprofessionalism going to stop and medical trying to deny their mistake. Is it going to cause someones death before they wake up. All Medical had to do in the first place was check computer for medication prescribed I was taking the some medication since my incarceration 2/12/05. CDF and CTF didnt do any research to find out about medications. I have High Blood Pressure and was put at risk of Heart Attack those days without medication I don't appreciate the lies from who ever did the investigating of this grievance.

**All**

*February 16, 2007*
Page 1
Chart Document

Fax:

**RAYMOND JACKSON** 209226
Male  DOB:12/04/1961                    209226

**02/21/2006 - Sick Call: RN**
**Provider: Vera-Ellyn Short - RN**
**Location of Care: Correctional Treatment Facility**

EVAL CCC 2/17/06 NOW REQUESTING  NASAL SPRAY NASAL CONGESTION NOTED NO SOB
LUNGS CLEAR .ALSO C/O SORE THROAT NO STRIDOR,HOARSENESS OR DYSPHAGIA T 98.3 P
84 R 20.WILL REFER TO MD FOR RX.

**Signed by Vera-Ellyn Short RN on 02/21/2006 at 2:58 PM**

Feb-16-07   12:09pm   From-DC DEPT OF CORRECTIONS          202 671 2514          T-162   P 017/034   F-765

**All**

*February 16, 2007*
Page 1
Chart Document

Fax:

**RAYMOND JACKSON** 209226
Male: DOB: 12/04/1961                209226

**02/17/2006 - Chronic Care Clinic: MD CCC**
**Provider: Mulugeta Akal - MD**
**Location of Care: Correctional Treatment Facility**


CHRONIC CARE

Hypertension
Type of Visit: Physician
Initial Visit


Historical Data
Hx HTN: yes
Historical details: DIAGNOSED 1993
Onset: >5 yrs
HTN care: takes meds regularly, on & off meds on street
Risk Factors: family history
Details: MOTHER HAS HTN

Current Visit
CC (patient's words): "I HAVE NECK PAIN, SHOULDER PAIN, NERVE PAIN, I NEED PILLOWS. I HAD
NERVE TEST WHEN I WAS HERE BEFORE, THE NEUROLOGIST ORDERED IT AND I STILL HAVE
THE NERVE PAIN IN MY FEET"
PAIN DESCRIBED AS PIN PRICK
"MY MUSCLES ACHE ALL OVER"

(THIS PT IS REFERRED TO ME BY QI COORDINATOR AFTER HE WROTE AN IGP ABOUT HIS
PREVIOUS MD ENCOUNTER HERE. PATIENT'S CONCERN DISCUSSED AND HIS COMPLAINTS
ADDRESSED)
Prior meds in CDF:
* NORVASC 10 MG 1 po qd x 60 days
* LISINOPRIL 20 MG 1 po qd x 60 days
* CATAPRESS 0.1 MG 1 po tid x6 0 days
ZANTAC 150 MG TABS (RANITIDINE HCL) 1 bid x 90

Adherence: takes all meds regularly
Visual changes: no
Urination problems: no
SOB: no
Headaches: no
Dizziness: no
Chest pain: no
Epistaxis: no
Leg edema: no

Vital Signs
Height: 74 inches
Weight: 264 pounds
Temperature(): 98.8 degrees F

CCA-RGJ 0026

Feb-16-07    12:10pm    From-DC DEPT OF CORRECTIONS                202 671 2514                T-162   P 025/034   F-765

**All**

February 16, 2007
Page 1
Chart Document

Fax:

**RAYMOND JACKSON**                                                                                         209226
Male DOB 12/04/1961                              209226

**03/13/2006 - Sick Call**
Provider: Gladwyn L. Murray  MD
Location of Care: Medical CTF
Status: ON HOLD DOCUMENT.  Contents are preliminary

ROUTINE SICK CALL
CC & HPI: Patient c/o nasal congestion & belching. He requests nasal spray and also says he needs a
pair of reading eyeglasses. He denies any other sxs.

Vital Signs
Temperature(oral): 98.8 degrees F
Pulse: 76
Respirations: 18
Blood pressure: 136/87 mm Hg
General: well nourished, well developed, in no acute distress, alert, oriented
Eyes: abnormal
Details: presbyopia
Nose: abnormal
Details: mild congestion of nostrils
Details:
Lungs: normal
Heart: normal
Abdomen: abnormal
Noted: obese
Details: NABS

Assessment:
Rhinitis, Acute
H/O Presbyopia
Flatulence
Plan:
Flunisolide Nasal Spray: Gelusil Tabs (given); Refer to Ophthalmology Clinic; SC prn

Note: Patient education done.

TAKE to Court

CCA-RGJ  0034

**All**

February 16, 2007
Page 1
Chart Document

Fax:

RAYMOND JACKSON                                                                209226
Male DOB:12/04/1961                    209226

**01/30/2006 - Sick Call: RN**
**Provider: Vera-Ellyn Short - RN**
**Location of Care: Correctional Treatment Facility**

TRANSFERRED TO CTF IN NAD STATES PRIOR TO ARRIVING TOOK ZANTAC IN TH EFEDS .NO RECENT ORDER FOUND HX HTN HAS MEDS DENIES HEADACHE OR DIZZINESS B/P 136/84 P 76 R 20.DENUES ANY ABD DISCOMFORT NO N OR V DENIES CONSTIPATION OR DUARRHEA WILL REFER TO MED FOR EVAL  FOR CCC

Signed by Vera-Ellyn Short RN on 01/30/2006 at 1:54 PM

*Take to Court*

CCA-RGJ  0020

Exhibit 3

Feb-16-07   12:08pm   From-DC DEPT OF CORRECTIONS          202 671 2514       T-162   P 006    F-765

**All**

Fax:

February 16, 2007
Page 1
Chart Document

RAYMOND JACKSON                                                                  : 209226
Male  DOB:12/04/1961                                     209226

01/19/2006 - Intake Processing
Provider: Phick Ng MD
Location of Care: INTAKE MEDICAL

Comprehensive Intake Encounter
Is there an old record? yes
Are there court alerts? no
Needs interpreter? no
CC: none
Habits: none

Detail psych meds: none
Hx Asthma: no

Hx Diabetes: no
Hx HTN: yes
Onset: >5 yrs
HTN care: takes meds regularly
Details: cloniddine 0.2 mg tid
lisinopril 20 mg
norvasc 10 mg
Hx Seizures: no
Ever treated for TB: no
Ever had positive skin test for TB: no
HIV+: no
Historical details: tested negative 6 months ago
Hx Heart Disease: no
Hx Hepatitis no
Hx Endocarditis: no
Hx Anemia: no
Hx Pneumonia: no
Hx Ulcers: no
Hx STD: no
Hx GSW: no
Hx Surgery
Surgeries: no
Hospitalizations: no

Physical Exam
Head: normal
Eyes: normal
Ears: normal
Nose: normal
Mouth: abnormal
Noted: poor dental hygiene
Neck: normal
Chest: normal
Heart: normal
Abdomen: normal
Genitalia M: normal

All

Fax:

## RAYMOND JACKSON
Male  DOB:12/04/1961                     209226                                               209226

**02/27/2006 - Sick Call: rn**
**Provider: Vera-Ellyn Short - RN**
**Location of Care: Correctional Treatment Facility**

EVAL CCC 2/17/06 CONTINUES TO C/O NASAL CONGESTION NO CONGESTION NOTED @ THIS
TIME .STATES HE WANTS NASAL SPRAY R 20 .WILL REFER TO MD FOR EVAL STATES HE
RECEIVED OTHER MEDS IN FEDS

Signed by Vera-Ellyn Short RN on 02/27/2006 at 2:11 PM

CCA-RGJ 0030

Feb-16-07   12:09pm   From-DC DEPT OF CORRECTIONS          202 671 2514          T-162   P.018/034   F-765

**All**                                                     *February 16, 2007*
                                                                  Page 2
Fax:                                                        Chart Document

**RAYMOND JACKSON**                                                :209226
Male   DOB:12/04/1961                          209226

Pulse: 74
Resp: 18
Blood pressure: 138/90 mm Hg

PHYSICAL EXAM
   Head: normal
   Eyes: normal
   Nose: normal
   Mouth: abnormal
   Details Mouth: SOME MISSING TEETH
   Neck: normal
   Chest: normal
   Heart: normal
   Abdomen: normal
   Noted: obese
Back: normal
Extremities: normal
Lymphatics: normal
Skin: normal
Neuro: normal

Physician Assessment & Plan
Control: good
Reason for new problem: PATIENT HAS NONSPECIFIC NEUROMUSCULAR COMPLAINTS.
CHART REVIEW INDICATES THAT HE HAD ONSITE NEURO FU AND OFF SITE EMG STUDY
DURING HIS PRIOR INCARCERATION HERE
OVERWEIGHT
Continue present management
Schedule a return visit

Diet: WILL START ON FLEXERIL AND NAPROSYN FOR THE MNEUROMUSCULAR PAIN UNTIL
SEEN BY NEUROLOGIST
REFER TO NEUROLOGY
FU IN CCC 3 MONTHS
S/C FU WITH LAB RESULTS
ADVISE TO LOOSE WEIGHT
PT EDUCATION DONE

Signed by Mulugeta Akal - MD on 02/17/2006 at 2:06 PM

CCA-RGJ  0027

**All**

February 16, 2007
Page 1
Chart Document

Fax:

**RAYMOND JACKSON**                                            209226
Male DOB;12/04/1963                     209226

**03/21/2006 - Consultation Report: Neurology**
**Provider: William Peterson - MD**
**Location of Care: SPECIALITY CLINICS**

Mr. Jackson is a 43 year-old, hypertensive man, who was referred for
intermittant pain radiating from the left hip down to the back of the left leg
and numbness of the left leg and has similar symptoms involving the right leg,
but less severe.  He denies weakness. Mixed sensory Axonal and Demyelinating
Polyneuropathy from NCV in sept 05.  He states Naprosyn 500 and Flexoril help.

C.N.:  II-XII WNL

MOTOR:
Normal gross and fine motor of all extremities

SENSORY:
Symmetrical normal pin and touch of all extremities.

CEREBELLAR:
FTN and HTS are symmetrical and normal.  Spasm of the left trapezius and
lumbar and cevical paraspinal muscles.

ASSESSMENT:
LS sprain/Radiculopathy, Peripheral Neuropathy

PLAN:

Continue Naprosyn 500 mg bid, Flexeril 10 mg tid, B12, Folic Acid, TSH levels,
VDRL is normal. Return in 2 weeks. Will start B12, Folic acid, B1 and MVI once
blood is drawn.

**Signed by William Peterson - MD on 03/21/2006 at 9:20 AM**

TAKe to Cart

CCA-RGJ 0038

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

Office of Health Services
Administration



## MEMORANDUM

**TO:**      Raymond Jackson
             DCDC# 209-226

**FROM:**    Nader Marzban
             Medical Director

**DATE:**    September 26, 2006

**SUBJECT:** **Response to Inmate Grievance Medical Appeal #433**

This letter is acknowledging your request for a medical appeal.  Your medical appeal has
been investigated and reviewed.  Your request for a dust mask has been addressed in your
previous grievance.

You have been seen by doctors numerous times in past month.

My conclusion is you have been advised on these matters.  Therefore, this matter has
been considered resolved.

cc:  Barbara Hart, Contract Monitor
     Henry Lesansky, Health Services Administrator

NM/vh

Grievance No.: 433   Medical   Appeal 9/12/06

Form 14-5A – For Offical Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM
### FORMA DE AGRAVIO DE PRESIDIARIO/RESIDENTE DE CCA

Name, *Nombre* (Print): JACKSON Raymond G
Last Name   First   Middle Initial

Number (Numero): 209-776   Housing Assignment (Alojamiento de Asignacion): ETB4

INFORMAL RESOLUTION ATTEMPTED?   Yes ___X___   No _____
(LA RESOLUCION INFORMAL INTENTO?)   Si _____   No _____

NAME OF STAFF CONTACTED (NOMBRE DE PERSONAL SE PUSO EN COTACTO) Sick Call Nurse MS. Williams

STATE GRIEVANCE (EL AGRAVIO ESTATAL) (Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary.) On 8/25/06 I advised nurse of problems she stated that I wasn't on sick call list. I submitted numerous sick call slips for dust mask as instructed by Warden Caulfield who authorized Attaining dust MASKS, Also I submitted sick call slips to be seen by neurologist on numerous days. I have pain in both Knees and prescriptions have expired for medical

Requested Action (Accion Solicitada) I provided nurse with Wardens approval in grievance. I request to be seen by neurologist A.S.A.P. to discuss X RAYS of Knees and Lab results and to discuss medication changes A.S.A.P.

Inmate/Resident's Signature: Raymond Jackson   Date Submitted: 8/25/06
(Firma de Presidiario/Residente)   (Fecha Presentada)

GRIEVANCE OFFICER'S REPORT (EL INFORME DEL OFICIAL DE AGRAVIO) y you were not on the sick call list for 8/25/06. You were seen by the sick call nurse on 8/25/06. Your request for a mask from medical has been addressed in a prior grievance.

GRIEVANCE OFFICER'S DECISION (LA DECISION DEL OFICIAL DE AGRAVIO)

Grievance Officer's Signature: _____   Date: 9/6/06

Inmate/Resident's Signature (upon receipt): Raymond Jackson   Date: 9/12/06
Firma de Presidiario/Residente (sobre recibo)   Fecha

APPEAL (PETICION): Yes Si __X__   No _____

STATE REASON (S) FOR APPEAL (RAZON ESTATAL DE PETICIO): In that grievance the Warden and grievance coordinator both state to go on sick call for dust MASKS for problem. The Warden appraised request for dust mask which Medical MAY have consider it a security issue. Medical will provide MASK as stated by the warden or I expect to be compensated $15,000 A DAY

WARDEN/ADMINISTRATOR'S RESPONSE (RESPUESTA DE GUARDUAN/ADMINISTRADOR)

Warden/Administrator's Signature: _____   Date: _____

Inmate/Resident's Signature (upon receipt) _____   Date: _____
Firma de Presidiario/Residente (sobre recibo)   Fecha

Revised 02/01/02

AUG-29-2006 10:14 From:

To:202 673 2311    P.4/8

Grievance No.: MRM 408

RECEIVED
8/24
AUG 8 PM 3:16
Panel 14-5A For Official Use Only

## CCA INMATE/RESIDENT GRIEVANCE FORM
### FORMA DE AGRAVIO DE PRESIDIARIO/RESIDENTE DE CCA

Name, Nombre (Print): JACKSON    RAYMOND G
                        Last Name           First

Number (Numero): 209-3326    Housing Assignment (Alojamiento de Asignacion): E1B4

INFORMAL RESOLUTION ATTEMPTED?
(LA RESOLUCION INFORMAL INTENTO?)    Si __X__    No _____
                                      Yes              No
NAME OF STAFF CONTACTED (NOMBRE DE PERSONAL SE PUSO EN COTACTO): Medical Staff

STATE GRIEVANCE (EL AGRAVIO ESTATAL (include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary). The ventilation System is producing a lot of dust particles. This particles are causing my Nasal passage ways to become congested. I have informed the doctor of this problem before and was provided Nasal spray. It helps but isn't completely solving the problem. I was giving dust MASK before for problem but were taken

Requested Action (Accion Solicitada) on shake down from Officers cause of no Doctor order. I request to be Allowed to use dust MASK to aid with problem which were solving said problem and a doctors note to provide to Officers

Inmate/Resident's Signature: Raymond Jackson    Date Submitted: 8/21/06
(Firma de Presidiario/Residente)                 (Fecha Propa sada)

GRIEVANCE OFFICER'S REPORT (EL INFORME DEL OFICIAL DE AGRAVIO) [handwriting illegible]

GRIEVANCE OFFICER'S DECISION (LA DECISION DEL OFICIAL DE AGRAVIO)

Grievance Officer's Signature [signature]    Date: 8/24/06
Inmate/Resident's Signature (upon receipt): Raymond Jackson    Date: 8/24/06
Firma de Presidiario/Residente (sobre recibo)    Fecha

APPEAL (PETICION):    Yes Sí __X__    No _____

STATE REASON (S) FOR APPEAL (RAZONES TATAL DE PETICIO): Something must be done to Alleviate this problem. I can't breathe at night and continually wake up because sinus become congested. I need dust mask to wear at night time. There is no alternative but to use dust MASK. This is cruel and unusual Punishment and I will not tolerate Any longer.

WARDEN/ADMINISTRATOR'S RESPONSE (RESPUETA DE GUARDIAN/ADMINISTRADOR)

To B.H
1/24/06
[initials]

Warden/Administrator's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt): _____    Date: _____
Firma de Presidiario/Residente (sobre recibo)    Fecha

Revised 02/01/00

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS

Office of the Director



## MEMORANDUM

**TO:**      Raymond Jackson
             DCDC 209-226

**FROM:**    Barbara Hart
             Contract Monitor

**DATE:**    May 31, 2006

**SUBJECT:** Letter

**RE:**      Medical Concerns

---

The Office of the Contract Monitor is in receipt of a letter dated May 22, 2006 wherein you reference medical concerns. Your letter has been forwarded to Department of Corrections Health Administrator Henry Lesansky located at 1923 Vermont Ave. N.W. Washington DC 20003.

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

Office of the Director



## MEMORANDUM

**TO:**      Raymond Jackson
           DCDC 209-226

**FROM:**    Patricia Temoney-Salmon
           Contract Monitor

**DATE:**    May 16, 2006

**SUBJECT:** Response

---

The Office of the Contract Monitor is in receipt of a letter wherein you reference some concerns about your medical treatment.

The Office of the Contract Monitor has forwarded your concerns to Department of Corrections, Health Administrator Henry Lesansky 1923 Vermont Avenue, N. W., Washington, DC 20001

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

Office of the Director



## MEMORANDUM

TO:        Henry Lesansky
           Health Administrator

FROM:      Barbara Hart
           Contract Monitor

DATE:      June 12, 2006

SUBJECT:   Medical Appeal

RE:        Raymond Jackson
           DCDC 209-226

---

The Office of the Contract Monitor is in receipt of a medical appeal from Inmate Jackson. Please respond directly to the inmate and forward a copy of your response to this office.


cc:    Inmate Raymond Jackson