UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND G. JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>    Defendants. | Civil Action No.  06-1241 (CKK) |

ORDER

In accordance with the Memorandum Opinion issued this 27th day of June, 2007, it is

ORDERED that Defendant Corrections Corporation of America's motion to dismiss or, in the alternative, for summary judgment [31] [34] is GRANTED.  It is

FURTHER ORDERED that the Corrections Corporation of America is DISMISSED as a Defendant.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge