UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND G. JACKSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-1241 (CKK) |
| | ) |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) |
| | ) |
|     Defendants. | ) |

ORDER TO SHOW CAUSE

Plaintiff brought this action *pro se* against the Corrections Corporation of America ("CCA") and the Center for Correctional Health Policy and Studies, Inc. ("CCHPS"). CCA has responded to the amended complaint. The docket sheet indicates that CCHPS was served with the amended complaint and an answer was due April 23, 2007. CCHPS has not filed an answer or otherwise responded to the amended complaint. Accordingly, it is

ORDERED that Defendant CCHPS show cause within 10 days why a default judgment should not be entered against it for failure to answer.

                                                      _____/s/_____
                                                      COLLEEN KOLLAR-KOTELLY
                                                      United States District Judge

DATE: June 29, 2007