UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND G. JACKSON, :
:
      Plaintiff, :
v. : Civil Action No. 06-1241 (CKK)
:
CORRECTIONS CORPORATION :
OF AMERICA, et al., :
:
      Defendants. :

ORDER

Service of the summons and the complaint filed *pro se* was executed upon Defendant Center for Correctional Health Policy and Studies, Inc. on January 25, 2007. Defendant has neither entered an appearance nor pleaded or otherwise defended against the complaint. Accordingly, it is this 22nd day of August 2007, hereby

ORDERED that pursuant to Fed. R. Civ. P. 55(a), the Clerk shall enter a default against Defendant Center for Correctional Health Policy and Studies, Inc.; it is

FURTHER ORDERED that Plaintiff shall, pursuant to Fed. R. Civ. P. 55(b)(2), apply for judgment within twenty (20) days of the filing date of this Order or risk dismissal of the complaint; and it is

FURTHER ORDERED that the Clerk shall send a copy of this Order by certified mail, return receipt requested, to Defendant Center for Correctional Health and Policy Studies, Inc., who may avoid the Court's entry of default judgment by entering an appearance within ten (10) days of this Order and moving pursuant to Fed. R. Civ. P. 55(c) and LCvR 7(g) to vacate the

entry of default.[1]

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] "A motion to vacate an entry of default . . . shall be accompanied by a verified answer presenting a defense sufficient to bar the claim in whole or in part." LCvR 7(g).