IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND G. JACKSON,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 06-1241 (CKK) |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff Raymond J. Jackson ("Jackson") hereby moves for a judgment by default on Defendant Center for Correctional Health Policy and Studies, Inc. ("CCHPS"). As grounds for this motion, Jackson states as follows:

　　　　1.　　The Complaint in this Action was filed on July 11, 2006 naming Correctional Corporation of America, the District of Columbia Correctional Treatment Facility and Mr. Walter Fulton as defendants seeking $42,334.97 in damages.

　　　　2.　　Jackson filed an Amended Complaint in this Action on January 8, 2007, naming Correctional Corporation of America and the Center for Correctional Health Policy and Studies, Inc. ("CCHPS") as defendants. The Amended Complaint sought $42,100 in monetary damages for enumerated violations of Jackson's prisoner's rights and alleged 8th Amendment violations.

　　　　3.　　Judge Kollar-Kotelly entered an order on March 14, 2007, requiring defendant CCHPS to file an answer to the Amended Complaint by April 4, 2007.

4.	Judge Kollar-Kotelly entered a second order on March 16, 2007, referring the case to Magistrate Judge Facciola for purposes of mediation and requiring CCHPS "after service of the summons and amended complaint, [to] file an answer or otherwise plead by April 4, 2007."

5.	The U.S. Marshals Service acknowledged receipt of the service of process for CCHPS at address 1015 15th St. NW, Ste. 1000, Washington, DC 20005 on March 26, 2007.

6.	Melanie Henderson, Fulfillment Specialist for defendant CCHPS acknowledged service of process of the Amended Complaint on April 2, 2007.

7.	No Answer or other defense was filed by Defendant CCHPS.

8.	Judge Kollar-Kotelly entered another order on June 29, 2007, requiring CCHPS to show cause within ten days why a default judgment should not be entered against it for failure to provide an answer to the Amended Complaint by April 23, 2007 (the date that the Answer was due).

9.	No Answer or other defense was filed by Defendant CCHPS.

10.	Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court entered the default of Defendant on August 22, 2007.

11.	Upon information and belief, Defendant is not an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

12.	Because Defendant has failed to appear or plead, the Court should enter a judgment by default on each of the counts in the Complaint, and award the monetary relief requested by Jackson in his Amended Complaint. Such damages consist of $1,000.00 per day for 30 days of sleeping on the top bunk in contravention of doctor's orders; $500.00 per day for 19 days spent without medication for gastritis and reflux; $150.00 per day for 12 days spent in a flooded cell; and $100.00 per day for 8 days

spent in a cell with no air conditioning. Collectively, the value of Jackson's claims against Defendants is $42,100.

September 7, 2007                                     Respectfully submitted,


                                                      ___/s/__Michael S. Nadel__
                                                      Michael S. Nadel
                                                      Eric J. Conn
                                                      MCDERMOTT WILL & EMERY LLP
                                                      600 Thirteenth St. N.W.
                                                      Washington, D.C. 20005
                                                      202-756-8000 (Telephone)
                                                      202-756-8087 (Facsimile)
                                                      **Attorneys for Plaintiff**
                                                      **Raymond G. Jackson**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND G. JACKSON,**<br><br>                    **Plaintiff,**<br>v.<br><br>**CORRECTIONS CORPORATION OF AMERICA, et al.,**<br><br>                    **Defendant.** | Civil Action No. 06-1241 (CKK) |

**PROPOSED ORDER GRANTING PLAINTIFF'S
MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Pending before the Court is Plaintiff Raymond J. Jackson's Motion For Entry of Judgment by Default against Defendant Center for Correctional Health Policy and Studies, Inc. Due notice having been given and the Court having been fully advised,

It is hereby ORDERED that Plaintiff's motion be GRANTED and that default judgment be entered against Defendant Center for Correctional Health Policy and Studies, Inc.

So ORDERED this ____ day of _____, 2007.

_____
JUDGE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the foregoing documents have been served upon the Defendant, Center for Correctional Health Policy and Studies, Inc., by mailing a copy to Defendant at its last known business address of 1015 15th St. NW, Ste. 1000, Washington, DC 20005 by Priority Mail on September 7, 2007.


                                                  ___/s/  Michael S. Nadel_____