Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

RAYMOND G. JACKSON

    Plaintiff(s)

    V.

Civil Action No. __06-1241 CKK__

CCA/CTF, et al

    Defendant(s)

RE: CENTER FOR CORRECTIONAL HEALTH POLICY AND STUDIES INC.

### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 2, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this __10th__ day of __September__, __2007__ declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: __N. Wilkens__
    Deputy Clerk