UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND G. JACKSON** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No.  **06cv1241** |
| : | Judge Colleen Kollar-Kotelly |
| **CORRECTIONS CORPORATION OF** : | |
| **AMERICA**, *et al* : | |
| : | |
| Defendant : | |

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S
MOTION FOR ENTRY OF DEFAULT**

Pending before the Court is Plaintiff Raymond J. Jackson's *Motion for Enry of Judgment by Default* [#52] against Defendant Center for Correctional Health Policy and Studies, Inc. Due notice having been given and the court having been fully advised, and a default as to liability having been entered on August 22, 2007, it is this _____ day of September, 2007,

**ORDERED** that Plaintiff's motion is hereby Denied Without Prejudice as to a default judgment. The amount in damages will need to be established by an evidentiary hearing. Counsel shall contact the Deputy Courtroom Clerk, Dorothy Patterson (202-354-3189), to set an evidentiary hearing.

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge