UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| RAYMOND G. JACKSON, | : |
| Plaintiff, | : |
| v. | : 1:06cv1241 |
| CORRECTIONS CORPORATION OF AMERICA, et al., | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Colleen E. Durbin, Esquire as co-counsel for Corrections Corporation of America, the District of Columbia, and Warden Fulton.

Respectfully submitted,

CARR MALONEY P.C.

　　　/s/　　　　　　　　　
Colleen E. Durbin, Esq.  #500039
1615 L Street, N.W.
Suite 500
Washington, DC 20036
(202) 310-5592 (Telephone)
(202) 310-5555 (Facsimile)

Withdrawal of Appearance

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing Withdrawal of Appearance was electronically filed and mailed, postage pre-paid, on this 4th day of October, 2007 to:

        Raymond G. Jackson (Reg. No. 27973-016)
        FCI Cumberland
        Federal Correctional Institution
        P.O. Box 1000
        Cumberland, Maryland 21501

        Timothy Bojanowski, Esquire
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Ave.
        Suite 800
        Phoenix, Arizona 85012


        _____/s/_____
        Colleen E. Durbin