

**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
New York, NY 10011

212 894 8940 tel
212 590 9180 fax
www.ctlegalsolutions.com

October 23, 2007



Office of the Court
District of Columbia District Court
500 Indiana Avenue NW
Room JM-170
Washington, DC 20001

RE: CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC. (DC.)

Title of Action: Raymond Jackson, Pltf. vs. Corrections Corporation of America, et al. Dfts. // To: Center for Correctional Health Policy and Studies Inc. Case # 06-1241

Dear Sir:

We are returning documents served/received for the above company by our Washington office.

According to our records our statutory representation services were discontinued and all processes sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

*A. Coleman*
SOP Support

Raymond Jackson
1901 E Street, S.E.
Washington, DC 20003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND G. JACKSON,              :
                                 :
        Plaintiff,               :
v.                               :       Civil Action No. 06-1241 (CKK)
                                 :
CORRECTIONS CORPORATION          :
OF AMERICA, et al.,              :
                                 :
        Defendants.              :

ORDER

Service of the summons and the complaint filed *pro se* was executed upon Defendant Center for Correctional Health Policy and Studies, Inc. on January 25, 2007. Defendant has neither entered an appearance nor pleaded or otherwise defended against the complaint. Accordingly, it is this 22nd day of August 2007, hereby

ORDERED that pursuant to Fed. R. Civ. P. 55(a), the Clerk shall enter a default against Defendant Center for Correctional Health Policy and Studies, Inc.; it is

FURTHER ORDERED that Plaintiff shall, pursuant to Fed. R. Civ. P. 55(b)(2), apply for judgment within twenty (20) days of the filing date of this Order or risk dismissal of the complaint; and it is

FURTHER ORDERED that the Clerk shall send a copy of this Order by certified mail, return receipt requested, to Defendant Center for Correctional Health and Policy Studies, Inc., who may avoid the Court's entry of default judgment by entering an appearance within ten (10) days of this Order and moving pursuant to Fed. R. Civ. P. 55(c) and LCvR 7(g) to vacate the

entry of default.[1]

                                                               /s/ Colleen Kollar-Kotelly
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge

---

[1] "A motion to vacate an entry of default . . . shall be accompanied by a verified answer presenting a defense sufficient to bar the claim in whole or in part." LCvR 7(g).