**United States District Court**
**for the District of Columbia**

| | |
|---|---|
| Raymond G. Jackson, )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>Corrections Corporation of America, *et al.*, )<br>       Defendant. ) | Civil Action No. 06-1241 (CKK)<br><br>Judge Kollar-Kotelly<br>Magistrate Judge Facciola |

**Notice of Appearances of Michael S. Nadel and Eric J. Conn**

To the Clerk of this Court and all parties of record:

Please enter our appearances as pro bono counsel in this case for Plaintiff Raymond G. Jackson.

Previously we had entered appearance for the limited purpose of representing the litigant during the mediation process. Our appearance is no longer so limited.

                                                       Respectfully submitted,

                                                       Michael S. Nadel, D.C. Bar #470144
                                                     Eric J. Conn, D.C. Bar #490321
                                                     McDermott Will & Emery LLP
                                                     600 Thirteenth Street, N.W.
                                                     Washington, D.C. 20005
                                                     (202) 756-8113

                                                     *Attorneys for Plaintiff Raymond G. Jackson*