UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND G. JACKSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  06-1241 (CKK) (JMF) |
| ) | |
| **CORRECTIONAL CORPORATION** ) | |
| **OF AMERICA,** *et al.,* ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT AND ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that JUDGMENT is ENTERED for the plaintiff and against the defaulting defendant Center for Correctional Health Policy and Studies, Inc. on the claim of medical negligence.  It is

FURTHER ORDERED that the defaulting defendant Center for Correctional Health Policy and Studies, Inc. is liable to the plaintiff for compensatory damages in the amount of $9,500.00.  It is

FURTHER ORDERED that all other relief the plaintiff requested is DENIED.

This is a final, appealable order.  Fed. R. App. P. 4.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date:  July 14, 2008